**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

District of Connecticut

Case number (If known): _____

Chapter you are filing under:
- ☐ Chapter 7
- ☑ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

☐ Check if this is an amended filing

FILED
2019 SEP 19 P 2: 49
CLERK, U.S. BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
HARTFORD

Official Form 101

# Voluntary Petition for Individuals Filing for Bankruptcy      12/17

The bankruptcy forms use *you* and *Debtor 1* to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a *joint case*—and in joint cases, these forms use *you* to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be *yes* if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as *Debtor 1* and the other as *Debtor 2*. The same person must be *Debtor 1* in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1: Identify Yourself

| | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|
| **1. Your full name** Write the name that is on your government-issued picture identification (for example, your driver's license or passport). Bring your picture identification to your meeting with the trustee. | John<br>First name<br>Alan<br>Middle name<br>Sakon<br>Last name<br>_____<br>Suffix (Sr., Jr., II, III) | _____<br>First name<br>_____<br>Middle name<br>_____<br>Last name<br>_____<br>Suffix (Sr., Jr., II, III) |
| **2. All other names you have used in the last 8 years** Include your married or maiden names. | _____<br>First name<br>_____<br>Middle name<br>_____<br>Last name<br><br>_____<br>First name<br>_____<br>Middle name<br>_____<br>Last name | _____<br>First name<br>_____<br>Middle name<br>_____<br>Last name<br><br>_____<br>First name<br>_____<br>Middle name<br>_____<br>Last name |
| **3. Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)** | xxx – xx – 3 1 7 2<br>OR<br>9 xx – xx – ___ ___ ___ ___ | xxx – xx – ___ ___ ___ ___<br>OR<br>9 xx – xx – ___ ___ ___ ___ |

Debtor 1    **John Alan Sakon**
     First Name    Middle Name    Last Name

Case number *(if known)* _____

**About Debtor 1:**

**About Debtor 2 (Spouse Only in a Joint Case):**

**4. Any business names and Employer Identification Numbers (EIN) you have used in the last 8 years**

Include trade names and *doing business as* names

☐ I have not used any business names or EINs.

Sakon Development LLC
Business name

Sakon LLC
Business name

06 - 1 1 0 0 5 2 1
EIN

06 - 1 6 0 6 7 6 4
EIN

☐ I have not used any business names or EINs.

_____
Business name

_____
Business name

__ __ - __ __ __ __ __ __ __
EIN

__ __ - __ __ __ __ __ __ __
EIN

**5. Where you live**

82 Folly Brook Lane
Number    Street

Manchester      CT    06040
City      State    ZIP Code

Hartford
County

If your mailing address is different from the one above, fill it in here. Note that the court will send any notices to you at this mailing address.

_____
Number    Street

_____
P.O. Box

_____
City      State    ZIP Code

**If Debtor 2 lives at a different address:**

_____
Number    Street

_____
City      State    ZIP Code

_____
County

If Debtor 2's mailing address is different from yours, fill it in here. Note that the court will send any notices to this mailing address.

_____
Number    Street

_____
P.O. Box

_____
City      State    ZIP Code

**6. Why you are choosing *this district* to file for bankruptcy**

*Check one:*

☑ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason. Explain. (See 28 U.S.C. § 1408.)

_____
_____
_____

*Check one:*

☐ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason. Explain. (See 28 U.S.C. § 1408.)

_____
_____
_____

Debtor 1  __John Alan Sakon__  Case number *(if known)*_____
         First Name   Middle Name   Last Name

## Part 2: Tell the Court About Your Bankruptcy Case

**7. The chapter of the Bankruptcy Code you are choosing to file under**

*Check one. (For a brief description of each, see Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010)). Also, go to the top of page 1 and check the appropriate box.*

☐ Chapter 7
☑ Chapter 11
☐ Chapter 12
☐ Chapter 13

**8. How you will pay the fee**

☐ **I will pay the entire fee when I file my petition.** Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.

☑ **I need to pay the fee in installments.** If you choose this option, sign and attach the *Application for Individuals to Pay The Filing Fee in Installments* (Official Form 103A).

☐ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments). If you choose this option, you must fill out the *Application to Have the Chapter 7 Filing Fee Waived* (Official Form 103B) and file it with your petition.

**9. Have you filed for bankruptcy within the last 8 years?**

☑ No
☐ Yes.   District _____ When _____ Case number _____
                                         MM / DD / YYYY
         District _____ When _____ Case number _____
                                         MM / DD / YYYY
         District _____ When _____ Case number _____
                                         MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

☑ No
☐ Yes.  Debtor _____ Relationship to you _____
        District _____ When _____ Case number, if known_____
                                       MM / DD / YYYY

        Debtor _____ Relationship to you _____
        District _____ When _____ Case number, if known_____
                                       MM / DD / YYYY

**11. Do you rent your residence?**

☐ No.   Go to line 12.
☐ Yes.  Has your landlord obtained an eviction judgment against you?

        ☑ No. Go to line 12.
        ☐ Yes. Fill out *Initial Statement About an Eviction Judgment Against You* (Form 101A) and file it as part of this bankruptcy petition.

Official Form 101            Voluntary Petition for Individuals Filing for Bankruptcy            page 3

Debtor 1  John Alan Sakon
           First Name   Middle Name   Last Name

Case number (if known) _____

## Part 3: Report About Any Businesses You Own as a Sole Proprietor

**12. Are you a sole proprietor of any full- or part-time business?**

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

☐ No. Go to Part 4.

☒ Yes. Name and location of business

Sakon Development LLC
Name of business, if any

82 Folly Brook Lane
Number     Street

Manchester                                  CT        06040
City                                        State    ZIP Code

Check the appropriate box to describe your business:

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ None of the above

**13. Are you filing under Chapter 11 of the Bankruptcy Code and are you a *small business debtor*?**

For a definition of *small business debtor*, see 11 U.S.C. § 101(51D).

*If you are filing under Chapter 11, the court must know whether you are a small business debtor so that it can set appropriate deadlines. If you indicate that you are a small business debtor, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).*

☐ No. I am not filing under Chapter 11.

☒ No. I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☐ Yes. I am filing under Chapter 11 and I am a small business debtor according to the definition in the Bankruptcy Code.

## Part 4: Report if You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention

**14. Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

☒ No

☐ Yes.  What is the hazard? _____

_____

If immediate attention is needed, why is it needed? _____

_____

Where is the property? _____
                        Number    Street

_____

_____
City                                State    ZIP Code

Official Form 101          Voluntary Petition for Individuals Filing for Bankruptcy          page 4

Debtor 1 __John Alan Sakon__                                                    Case number (if known)_____
         First Name   Middle Name    Last Name

## Part 5: Explain Your Efforts to Receive a Briefing About Credit Counseling

**15. Tell the court whether you have received a briefing about credit counseling.**

The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.

If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again.

**About Debtor 1:**

You must check one:

☑ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**
Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**
Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.** I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.** My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.** I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

**About Debtor 2 (Spouse Only in a Joint Case):**

You must check one:

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**
Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**
Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.** I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.** My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.** I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

Debtor 1   **John Alan Sakon**
　　　　　First Name　Middle Name　Last Name

Case number (if known)_____

## Part 6: Answer These Questions for Reporting Purposes

**16. What kind of debts do you have?**

16a. **Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

■ No. Go to line 16b.
☐ Yes. Go to line 17.

16b. **Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.

☐ No. Go to line 16c.
☑ Yes. Go to line 17.

16c. State the type of debts you owe that are not consumer debts or business debts.
_____

**17. Are you filing under Chapter 7?**

☑ No. I am not filing under Chapter 7. Go to line 18.

**Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?**

☐ Yes. I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?

☐ No
☐ Yes

**18. How many creditors do you estimate that you owe?**

☑ 1-49
☐ 50-99
☐ 100-199
☐ 200-999
☐ 1,000-5,000
☐ 5,001-10,000
☐ 10,001-25,000
☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**19. How much do you estimate your assets to be worth?**

☐ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☐ $500,001-$1 million
☑ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million
☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

**20. How much do you estimate your liabilities to be?**

☐ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☐ $500,001-$1 million
☑ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million
☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

## Part 7: Sign Below

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11, 12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

✗ *John Alan Sakon*　　　　　　　　✗ _____
Signature of Debtor 1　　　　　　　　　Signature of Debtor 2

Executed on  9/19/2019　　　　　　　Executed on _____
　　　　　　　MM / DD / YYYY　　　　　　　　　　　　MM / DD / YYYY

Official Form 101　　Voluntary Petition for Individuals Filing for Bankruptcy　　page 6

Debtor 1  <u>John Alan Sakon</u>
        First Name   Middle Name   Last Name

Case number *(if known)*_____

**For your attorney, if you are represented by one**

**If you are not represented by an attorney, you do not need to file this page.**

I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible. I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect.



X _____
Signature of Attorney for Debtor

Date _____
MM / DD / YYYY

Printed name _____

Firm name _____

Number  Street _____

_____

City _____  State ___  ZIP Code _____

Contact phone _____  Email address _____

Bar number _____  State ___

Debtor 1  John Alan Sakon
         First Name   Middle Name   Last Name

Case number (if known) _____

| For you if you are filing this bankruptcy without an attorney | The law allows you, as an individual, to represent yourself in bankruptcy court, but **you should understand that many people find it extremely difficult to represent themselves successfully. Because bankruptcy has long-term financial and legal consequences, you are strongly urged to hire a qualified attorney.** |
|---|---|

**If you are represented by an attorney, you do not need to file this page.**

To be successful, you must correctly file and handle your bankruptcy case. The rules are very technical, and a mistake or inaction may affect your rights. For example, your case may be dismissed because you did not file a required document, pay a fee on time, attend a meeting or hearing, or cooperate with the court, case trustee, U.S. trustee, bankruptcy administrator, or audit firm if your case is selected for audit. If that happens, you could lose your right to file another case, or you may lose protections, including the benefit of the automatic stay.

You must list all your property and debts in the schedules that you are required to file with the court. Even if you plan to pay a particular debt outside of your bankruptcy, you must list that debt in your schedules. If you do not list a debt, the debt may not be discharged. If you do not list property or properly claim it as exempt, you may not be able to keep the property. The judge can also deny you a discharge of all your debts if you do something dishonest in your bankruptcy case, such as destroying or hiding property, falsifying records, or lying. Individual bankruptcy cases are randomly audited to determine if debtors have been accurate, truthful, and complete. **Bankruptcy fraud is a serious crime; you could be fined and imprisoned.**

If you decide to file without an attorney, the court expects you to follow the rules as if you had hired an attorney. The court will not treat you differently because you are filing for yourself. To be successful, you must be familiar with the United States Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, and the local rules of the court in which your case is filed. You must also be familiar with any state exemption laws that apply.

Are you aware that filing for bankruptcy is a serious action with long-term financial and legal consequences?

☐ No
☑ Yes

Are you aware that bankruptcy fraud is a serious crime and that if your bankruptcy forms are inaccurate or incomplete, you could be fined or imprisoned?

☐ No
☑ Yes

Did you pay or agree to pay someone who is not an attorney to help you fill out your bankruptcy forms?
☑ No
☐ Yes. Name of Person_____.
    Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

By signing here, I acknowledge that I understand the risks involved in filing without an attorney. I have read and understood this notice, and I am aware that filing a bankruptcy case without an attorney may cause me to lose my rights or property if I do not properly handle the case.

X  *John Alan Sakon*                                         X  _____
Signature of Debtor 1                                            Signature of Debtor 2

Date  9/19/2019                                              Date  _____
      MM / DD / YYYY                                                MM / DD / YYYY

Contact phone  (860) 793-1000                                Contact phone  _____

Cell phone  (860) 793-1000                                   Cell phone  _____

Email address  johnsakon@yahoo.com                           Email address  _____

| Fill in this information to identify your case: | |
|---|---|
| Debtor 1 | John Alan Sakon |
| | First Name / Middle Name / Last Name |
| Debtor 2 (Spouse, if filing) | First Name / Middle Name / Last Name |
| United States Bankruptcy Court for the: | District of Connecticut |
| Case number (If known) | |

☐ Check if this is an amended filing

## Official Form 104

## For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims Against You and Are Not Insiders

12/15

If you are an individual filing for bankruptcy under Chapter 11, you must fill out this form. If you are filing under Chapter 7, Chapter 12, or Chapter 13, do not fill out this form. Do not include claims by anyone who is an *insider*. Insiders include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20 percent or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Also, do not include claims by secured creditors unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information.

### Part 1: List the 20 Unsecured Claims in Order from Largest to Smallest. Do Not Include Claims by Insiders.

**1**

Shipman & Goodwin
*Creditor's Name*
One Constitution Plaza
*Number    Street*

Hartford    CT    06103
*City    State    ZIP Code*

Latonia C. Williams Esq.
*Contact*

860-251-2000
*Contact phone*

What is the nature of the claim? _____

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☒ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?
☒ No
☐ Yes. Total claim (secured and unsecured):    $_____
    Value of security:    − $_____
    Unsecured claim    $_____

Unsecured claim    $ 140,479.43

**2**

A & F Main Street Associates, LLC
*Creditor's Name*
4 Main Street
*Number    Street*

East Hartford    CT    06118
*City    State    ZIP Code*

Loren Andreo Jr.
*Contact*

(860) 568-2460
*Contact phone*

What is the nature of the claim? Stipulation

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☒ None of the above apply

Does the creditor have a lien on your property?
☒ No
☐ Yes. Total claim (secured and unsecured):    $_____
    Value of security:    − $_____
    Unsecured claim    $_____

$ 97,500.00

Debtor 1  **John Alan Sakon**
            First Name   Middle Name   Last Name

Case number (if known) _____

**Unsecured claim**

### 3  Bank of America, N.A.
Creditor's Name
PO Box 15026
Number          Street

Wilmington       DE     19850
City             State  ZIP Code

Customer Service
Contact
(800) 896-3698
Contact phone

What is the nature of the claim? **Credit Card**

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☒ None of the above apply

Does the creditor have a lien on your property?
- ☒ No
- ☐ Yes. Total claim (secured and unsecured):   $_____
       Value of security:  -  $_____
       Unsecured claim        $_____

$ 82,757.54

### 4  Bank of America, N.A.
Creditor's Name
c/o Rubin & Rothman, LLC
Number          Street
1787 Veterans Highway

Islandia         NY     11749
City             State  ZIP Code

Kimberly A. Peterson Esq.
Contact
(800) 298-6058
Contact phone

What is the nature of the claim? **Credit Cards**

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☒ None of the above apply

Does the creditor have a lien on your property?
- ☒ No
- ☐ Yes. Total claim (secured and unsecured):   $_____
       Value of security:  -  $_____
       Unsecured claim        $_____

$ 31,669.14

### 5  Halloran & Sage, LLP
Creditor's Name
225 Asylum Street
Number          Street

Hartford         CT     06103
City             State  ZIP Code

Christopher McCarthy
Contact
(860) 522-6103
Contact phone

What is the nature of the claim? **Attorney Fees Foreclosur**

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☒ Disputed
- ☐ None of the above apply

Does the creditor have a lien on your property?
- ☒ No
- ☐ Yes. Total claim (secured and unsecured):   $_____
       Value of security:  -  $_____
       Unsecured claim        $_____

$ 27,205.50

### 6  Chase Bank
Creditor's Name
PO Box 15123
Number          Street

Wilmington       DE     19850
City             State  ZIP Code

Customer Service
Contact
(800) 524-3880
Contact phone

What is the nature of the claim? **Guardian ad Litem Fees**

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☒ Disputed
- ☐ None of the above apply

Does the creditor have a lien on your property?
- ☒ No
- ☐ Yes. Total claim (secured and unsecured):   $_____
       Value of security:  -  $_____
       Unsecured claim        $_____

$ 26,368.05

### 7  Margaret M. Bozek
Creditor's Name
Mickelson, Jacobs and Bozek, LLC
Number          Street
433 South Main Street, Suite 323

West Hartford    CT     06110
City             State  ZIP Code

Sheryl Goldberg
Contact
(860) 561-5511
Contact phone

What is the nature of the claim? **Services**

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☒ Disputed
- ☐ None of the above apply

Does the creditor have a lien on your property?
- ☐ No
- ☐ Yes. Total claim (secured and unsecured):   $_____
       Value of security:  -  $_____
       Unsecured claim        $_____

$ 22,286.42

Official Form 104    For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims    page 2

Debtor 1    __John Alan Sakon__                               Case number (if known) _____
       First Name    Middle Name    Last Name

**Unsecured claim**

**8**   Superior Products Distributors Inc.  
Creditor's Name  
1403 Meriden-Waterbury Road  
Number    Street  

Milldale        CT    06467  
City           State    ZIP Code  

Charles I. Miller Esq.  
Contact  
(860) 656-6454  
Contact phone

What is the nature of the claim? __Goods and Services__    $ __21,308.65__

As of the date you file, the claim is: Check all that apply.  
☐ Contingent  
☐ Unliquidated  
☐ Disputed  
☒ None of the above apply  

Does the creditor have a lien on your property?  
☐ No  
☒ Yes. Total claim (secured and unsecured): $ __21,308.65__  
       Value of security:    − $ __7,000,000.00__  
       Unsecured claim          $ __0.00__

**9**   Red Door Construction  
Creditor's Name  
PO Box 341  
Number    Street  

Simsbury        CT    06070  
City           State    ZIP Code  

Scott Brickey  
Contact  
(860) 916-9852  
Contact phone

What is the nature of the claim? __Construction__    $ __16,530.00__

As of the date you file, the claim is: Check all that apply.  
☐ Contingent  
☐ Unliquidated  
☐ Disputed  
☒ None of the above apply  

Does the creditor have a lien on your property?  
☒ No  
☐ Yes. Total claim (secured and unsecured): $ _____  
       Value of security:    − $ _____  
       Unsecured claim          $ _____

**10**   Santander  
Creditor's Name  
PO Box 16255  
Number    Street  

Reading        PA    19612  
City           State    ZIP Code  

Customer Service  
Contact  
(877) 768-2265  
Contact phone

What is the nature of the claim? __Credit Account__    $ __14,750.21__

As of the date you file, the claim is: Check all that apply.  
☐ Contingent  
☐ Unliquidated  
☒ Disputed  
☐ None of the above apply  

Does the creditor have a lien on your property?  
☒ No  
☐ Yes. Total claim (secured and unsecured): $ _____  
       Value of security:    − $ _____  
       Unsecured claim          $ _____

**11**   Capital Bail Bond  
Creditor's Name  
Bulter Norris & Gold  
Number    Street  
254 Prospect Avenue  

Hartford        CT    06106  
City           State    ZIP Code  

Jeremy Donnelly, Esq.  
Contact  
(860) 236-6951  
Contact phone

What is the nature of the claim? __Services__    $ __10,000.00__

As of the date you file, the claim is: Check all that apply.  
☐ Contingent  
☐ Unliquidated  
☐ Disputed  
☒ None of the above apply  

Does the creditor have a lien on your property?  
☒ No  
☐ Yes. Total claim (secured and unsecured): $ _____  
       Value of security:    − $ _____  
       Unsecured claim          $ _____

**12**   Cabela's Club Visa  
Creditor's Name  
PO Box 82519  
Number    Street  

Lincoln        NE    68501  
City           State    ZIP Code  

Customer Service  
Contact  
(888) 402-7830  
Contact phone

What is the nature of the claim? __Credit Card__    $ __7,198.43__

As of the date you file, the claim is: Check all that apply.  
☐ Contingent  
☐ Unliquidated  
☐ Disputed  
☒ None of the above apply  

Does the creditor have a lien on your property?  
☒ No  
☐ Yes. Total claim (secured and unsecured): $ _____  
       Value of security:    − $ _____  
       Unsecured claim          $ _____

Debtor 1  John Alan Sakon
          First Name    Middle Name    Last Name

Case number (if known)_____

**Unsecured claim**

**13** Citizens Bank
Creditor's Name
ROP 450
Number    Street
PO Box 7000

Providence          RI      02940
City                State   ZIP Code

Customer Service
Contact
(800) 773-7373
Contact phone

What is the nature of the claim? Credit Overdraft      $ 5,369.47

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☑ None of the above apply

Does the creditor have a lien on your property?
☑ No
☐ Yes. Total claim (secured and unsecured):  $_____
         Value of security:              - $_____
         Unsecured claim                   $_____

**14** The Metropolitan District Comm.
Creditor's Name
555 Main Street
Number    Street
PO Box 800

Hartford            CT      06142
City                State   ZIP Code

JOHN STEVEN MIRTLE, Esq.
Contact
(860) 278-7850
Contact phone

What is the nature of the claim? Water and Sewer Charg    $ 5,313.18

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?
☑ No
☐ Yes. Total claim (secured and unsecured):  $_____
         Value of security:              - $_____
         Unsecured claim                   $_____

**15** Francelia Sevin
Creditor's Name
53 Benton Street
Number    Street

Manchester          CT      06040
City                State   ZIP Code

Seth Conant Esq.
Contact
(860) 560-8160
Contact phone

What is the nature of the claim? Child Support    $ 4,686.00

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☑ None of the above apply

Does the creditor have a lien on your property?
☑ No
☐ Yes. Total claim (secured and unsecured):  $_____
         Value of security:              - $_____
         Unsecured claim                   $_____

**16** Afford-A-Bail
Creditor's Name
450 Church Street
Number    Street

Hartford            CT      06103
City                State   ZIP Code

Wm. Munck
Contact
(860) 244-0373
Contact phone

What is the nature of the claim? Bail Bond    $ 4,645.00

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☑ None of the above apply

Does the creditor have a lien on your property?
☑ No
☐ Yes. Total claim (secured and unsecured):  $_____
         Value of security:              - $_____
         Unsecured claim                   $_____

**17** LL Bean Visa Card Barclaycard
Creditor's Name
Card Services
Number    Street
PO Box 13337

Philadelphia        PA      19101
City                State   ZIP Code

Customer Service
Contact
(866) 484-2614
Contact phone

What is the nature of the claim? Credit Card    $ 4,306.86

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☑ None of the above apply

Does the creditor have a lien on your property?
☑ No
☐ Yes. Total claim (secured and unsecured):  $_____
         Value of security:              - $_____
         Unsecured claim                   $_____

Official Form 104    For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims    page 4

Debtor 1  **John Alan Sakon**
　　　　　First Name　Middle Name　Last Name

Case number (if known) _____

**Unsecured claim**

### 18  PayPal Credit
Creditor's Name
PO Box 105658
Number　Street

Atlanta　GA　30348
City　State　ZIP Code

Customer Service
Contact
(866) 528-3733
Contact phone

What is the nature of the claim? **Credit Account**

$ 2,911.84

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☑ None of the above apply

Does the creditor have a lien on your property?
☑ No
☐ Yes. Total claim (secured and unsecured): $_____
　　Value of security: − $_____
　　Unsecured claim   $_____

### 19  Best Buy Visa Card
Creditor's Name
Citibank, N.A.
Number　Street
PO Box 790441

St Louis　MO　63179
City　State　ZIP Code

Customer Service
Contact
(888) 620-5979
Contact phone

What is the nature of the claim? **Credit Card**

$ 1,699.15

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☑ None of the above apply

Does the creditor have a lien on your property?
☑ No
☐ Yes. Total claim (secured and unsecured): $_____
　　Value of security: − $_____
　　Unsecured claim   $_____

### 20
Mattress Firm Online Synchrony Fin
Creditor's Name
PO Box 960061
Number　Street

Orlando　FL　32896
City　State　ZIP Code

Customer Service
Contact
(866) 396-8254
Contact phone

What is the nature of the claim? **Credit Card**

$ 1,582.60

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☑ None of the above apply

Does the creditor have a lien on your property?
☑ No
☐ Yes. Total claim (secured and unsecured): $_____
　　Value of security: − $_____
　　Unsecured claim   $_____

## Part 2: Sign Below

Under penalty of perjury, I declare that the information provided in this form is true and correct.

X *[signed] John Alan Sakon*　　　X _____
Signature of Debtor 1　　　　　　　Signature of Debtor 2

Date 9/19/2019　　　　　　　　　Date _____
　　MM / DD / YYYY　　　　　　　　　　MM / DD / YYYY

Official Form 104　　For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims　　page 5

| | |
|---|---|
| **DOCKET NO. (Not Known)** | **UNITED STATES** |
| | **BANKRUPCY COURT** |
| **RE: JOHN ALAN SAKON** | |
| | **DISTRICT OF** |
| | **CONNECTICUT** |
| | **September 19, 2019** |

## CREDITOR AND MAILING MATRIX

The movant John Alan Sakon herby files the names and address of all of my creditors, formatted as a mailing list.

By: *[signature: John Alan Sakon]*
John Alan Sakon, Pro Se
82 Folly Brook Lane
Manchester, CT 06040
Tel: (860) 675-4000
Fax: (860) 675-4600
Email: johnsakon@sakon.biz

1



### Andreo, Loren J.   *Attn Manager*
4 Main Street   *A & F Main Street Associates, LLC*
East Hartford, CT  06118-3208
United States of America
Bus:   (860) 568-2460
Bus Fax:   (860) 568-6116
E-mail:   ginnynorton2002@yahoo.com

**b**

### Bank of America, N.A.
PO Box 15026   *Attn President*
Wilmington, DE 19850
Bus:   (800) 896-3698

### Best Buy Visa Card
Citibank, N.A.   *Attn. President*
PO Box 790441
St Louis, MO  63179
Bus:   (888) 620-5979

### Bozek, Margaret M.
433 South Main Street, Suite 323
West Hartford, CT  06110
✗ Mickelson, Jacobs and Bozek, LLC
Bus:   (860) 561-5511
Mobile:   +1 (860) 561-2852
Bus Fax:   (860) 561-5588
E-mail:   MBozek@mjblawct.com

### Brickey, Scott  **9**  *Red Door Construction*
PO Box 341
Simsbury, CT  06070
United States of America
Bus:   (860) 658-7940
Mobile:   (860) 916-9852
E-mail:   redddorconstruction@gmail.com



### Cabela's Club Visa
PO Box 82519   *Attn. President*
Lincoln, NE 68501
Bus:   (888) 402-7830

### Chase Bank
PO Box 15123   *Attn. President*
Wilmington, DE 19850
Bus:   (800) 524-3880

### Citizens Bank
ROP 450   *Attn: President*
PO Box 7000
Providence, RI  02940   ~~Capital Bail Bond~~
Bus:   (800) 773-7373



### Donnelly, Jeremy
363 Capital Avenue
Hartford, CT 06106   *Capital Bail Bond*
Bus:   (860) 236-6951
E-mail:   jdonnelly@bnglaw.com

**f**

### Frechette, Donald E.
Partner
Locke Lord LLP                    Attorney For Creditor:
20 Church Street, 20th Floor    Cyhani Ventures, LLC
Hartford, CT  06103               42 Protea Gardens
Bus:   (860) 541-7713             Toronto, Canada M2K2W6
Mobile:   (860) 305-5474
Bus Fax:   (888) 325-9086
E-mail:   donald.frechette@lockelord.com



### LL Bean Visa Card Barclaycard
Card Services   *Attn President*
PO Box 13337
Philadelphia, PA  19101
Bus:   (866) 484-2614

### LL Bean Visa Card Barclaycard
Card Services   *Attn. President*
PO Box 13337
Philadelphia, PA  19101
Bus:   (866) 484-2614



### Madhani, Jameel   *HOC Holdings, LLC*

Jameel Madhani Director
HOC Holdings LLC
424 Weldrick Road East
Richmond Hill,
Ontario, Canada L4B2M5
jameel.b.madhani@gmail.com
(416) 816-8955



## m

### Mattress Firm Online Synchrony Financial
Attn. President
PO Box 960061
Orlando, FL 32896
Bus: (866) 396-8254

Superior Products Distributors, LLC
1403 Meriden-Wtby Rd
Milldale, CT 06467
860-656-6454
Charles Miller Esq. Attorney
rr@lawofficemiller.com

### Mirtle, John Steven
Esq.
The Metropolitan District
555 Main Street
PO Box 800
Hartford, CT 06142
Bus: (860) 278-7850
E-mail: jmirtle@themdc.com

### Munck, Wm.
Esq.
Alfred-A-Bail
450 Church Street
Hartford, CT 06103
Bus: (860) 244-0373

## p

### PayPal Credit
Attn. President
PO Box 105658
Atlanta, GA 30348
Bus: (866) 528-3733

### Peterson, Kimberly A.
Bank of America, N.A.
C/o it Attorney
c/o Rubin & Rothman, LLC
1787 Veterans Highway
Islandia, NY 11749
Bus: (800) 298-6058
E-mail: ctlegal@rubinrothman.com

## r

### Richard J. Johnson
2155 Main Street
Glastonbury, CT 06033
United States of America
Bus: (860) 652-7500
Bus Fax: (860) 652-7505

Joyce P. Mascena
Town Clerk
Town of Glastonbury

## s

### Santander
Attn. President
PO Box 16255
Reading, PA 19612
Bus: (877) 768-2265

### Sevin, Francelia Marie
53 Benton Street
Manchester, Connecticut 06040
United States of America
Mobile: (860) 414-4801
E-mail: francelia7@yahoo.com

### Synchrony Bank Lumber Liquidator
Encore Receivable Man, Inc.
PO Box 3330    Attn. President
Olathe, KS 66063
Bus: (866) 247-1087

## t

### TD Bank
Attn. President
Deposit Operation Dept
PO Box 1377
Lewiston, ME 04243
Bus: (800) 937-2000

**1**
Shipman & Goodwin
*Creditor's Name*
One Constitution Plaza
*Number       Street*

Hartford · CT 06103
*City       State    ZIP Code*
Latonia C. Williams Esq.
*Contact*
860-251-2000
*Contact phone*

**4**
Bank of America, N.A.
*Creditor's Name*
c/o Rubin & Rothman, LLC
*Number    Street*
1787 Veterans Highway

Islandia    NY    11749
*City       State    ZIP Code*
Kimberly A. Peterson Esq.
*Contact*
(800) 298-6058
*Contact phone*

**5** Halloran & Sage, LLP
Creditor's Name
225 Asylum Street
Number    Street

Hartford    CT    06103
City    State    ZIP Code

Christopher McCarthy Esq.
Contact
(860) 522-6103
Contact phone

**16** Afford-A-Bail
Creditor's Name
450 Church Street
Number    Street

Hartford    CT    06103
City    State    ZIP Code

Wm. Munck Esq.
Contact
(860) 244-0373
Contact phone

**8** Superior Products Distributors Inc.
Creditor's Name
1403 Meriden-Waterbury Road
Number    Street

Milldale    CT    06467
City    State    ZIP Code

Charles I. Miller Esq.
Contact
(860) 656-6454
Contact phone

**11** Capital Bail Bond
Creditor's Name
Bulter Norris & Gold
Number    Street
254 Prospect Avenue

Hartford    CT    06106
City    State    ZIP Code

Jeremy Donnelly, Esq.
Contact
(860) 236-6951
Contact phone

**14** The Metropolitan District Comm.
Creditor's Name
555 Main Street
Number    Street
PO Box 800

Hartford    CT    06142
City    State    ZIP Code

JOHN STEVEN MIRTLE, Esq.
Contact
(860) 278-7850