UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
HOUSTON DIVISION

| | |
|---|---|
| In re: | § |
| | § |
| John Allan Sakon | § Case No. 19-21619 |
| | §         Chapter 11 |
|      Debtor | § |

_____

## Notice of Appearance and
## Demand for Service of Papers

_____

PLEASE TAKE NOTICE, that the undersigned appears as a party-in-interest, and pursuant to Rules 2002, and 9007 of the Bankruptcy Rules demands that all notices given or required to be given in this case and all papers, documents and/or pleadings filed herein, served or required to be served in this case be given or served, as the case may be, to or upon the undersigned at the office address and telephone number set forth below.

PLEASE TAKE FURTHER NOTICE, that the foregoing demand includes not only the notices and papers referred to in the rules specified above but also includes, without limitation, every order, application, motion, petition, pleading, request, complaint, demand, or other document which is filed with or brought before the Court or which affects the debtor or the property of the debtor or of the estate (and any and all notices of hearing with respect to any of the foregoing), whether formal or informal, whether written or oral and whether transmitted or conveyed by mail delivery, telephone, telegraph, facsimile transmissions, telex and otherwise.

Dated September 23, 2019.

Respectfully submitted,

/s/ Stephen Sakonchick, II
_____
Stephen Sakonchick, II
State Bar No. 17525500
Stephen Sakonchick II, P.C.
6502 Canon Wren Drive
Austin, Texas  78746
(512) 329-0375
sakon@flash.net

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on September 23, 2019, a true and correct copy of the above and foregoing *Notice of Appearance and Demand for Service of Papers* was sent to all parties receiving electronic notice via the Court's ECF System.

/s/ Stephen Sakonchick, II
_____
Stephen Sakonchick, II