# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| In Re: | : | Chapter 11 |
| JOHN ALAN SAKON | : | Case No. 19-21619-JJT |
| Debtor. | : | |

## NOTICE OF APPEARANCE AND REQUEST
## FOR ALL NOTICES AND PLEADINGS

Please enter my appearance as attorney for Town of Glastonbury, a creditor and/or party-in interest in the above-captioned matter.

Pursuant to Bankruptcy Rules 2002(g), 2015(c), and 3017(a), the undersigned requests that he receive copies of all notices, reports, motions, briefs, memoranda, pleadings, proposed plan, disclosure statements, proposed orders, and any other documents filed in the above-referenced matter. All such documents should be served upon the following:

> Eric S. Goldstein, Esq.
> Shipman & Goodwin LLP
> One Constitution Plaza
> Hartford, CT 06103-1919
> Telephone: (860) 251-5000
> Facsimile: (860) 251-5218
> egoldstein@goodwin.com
> bankruptcy@goodwin.com
> bankruptcyparalegal@goodwin.com

PLEASE TAKE FURTHER NOTICE that the foregoing demand includes notices of applications, motions, petitions, and pleadings, whether formal or informal, whether written or

2

oral, and whether transmitted or conveyed by hand delivery, telephone, telephone, telex, telecopy, facsimile or otherwise, which affects the Debtor or the property of the Debtor.

Dated at Hartford, Connecticut, this 27th day of September 2019.

> By: /s/ Eric S. Goldstein
> Eric S. Goldstein
> Shipman & Goodwin LLP
> One Constitution Plaza
> Hartford, CT  06103-1919
> (860) 251-5000
>
> *Counsel for Town of Glastonbury*

## **CERTIFICATE OF SERVICE**

    I hereby certify that on September 27, 2019, a copy of foregoing Notice of Appearance was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by First Class mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

                /s/ Eric S. Goldstein
                Eric S. Goldstein

8024786v1