**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**HARTFORD DIVISION**

| | |
|---|---|
| **In re** | **Chapter 11** |
| **JOHN ALAN SAKON,** | **Case No. 19-21619 (JJT)** |
| **Debtor.** | |

_____

**ORDER ON THE UNITED STATES TRUSTEE'S MOTION**
**FOR AN ORDER CONVERTING OR DISMISSING DEBTOR'S CHAPTER 11 CASE**

Upon consideration of the United States Trustee's motion for an order converting or dismissing the Debtor's Chapter 11 case pursuant to 11 U.S.C. § 1112(b)(4)(C) and (H), and after appropriate notice, argument and a hearing and for good cause shown, **IT IS HEREBY ORDERED** that the Chapter 11 case of John Alan Sakon is dismissed without prejudice.