# Exhibit A

FedEx US Airbill — FedEx Retrieval Copy

Tracking #: 8708 8412 5970
Form ID No.: 0200

**1 From**
Date: [illegible]
Sender's FedEx Account Number: [illegible]
Sender's Name: [illegible]
Phone: [illegible]
Company: [illegible]
Address: [illegible]
City: [illegible] State: [illegible] ZIP: [illegible]

**2 Your Internal Billing Reference**

**3 To**
Recipient's Name: [illegible]
Phone: [illegible]
Company: [illegible]
Address: [illegible]
Dept/Floor/Suite/Room: [illegible]
Address (2): [illegible]
City: [illegible] State: [illegible] ZIP: [illegible]

**4a Express Package Service** *To most locations. Packages up to 150 lbs.*
- [ ] FedEx Priority Overnight
- [x] FedEx Standard Overnight (5)
- [ ] FedEx First Overnight (6)

**4b Express Freight Service** *To most locations. Packages over 150 lbs.*
- [ ] FedEx 2Day (20)
- [ ] FedEx Express Saver
- [ ] FedEx 1Day Freight (7)
- [ ] FedEx 2Day Freight (8)
- [ ] FedEx 3Day Freight (83)

**5 Packaging**
- [ ] FedEx Envelope (1)
- [x] FedEx Pak (2)
- [ ] FedEx Box (4) — (3)
- [ ] FedEx Tube
- [ ] Other

**6 Special Handling and Delivery Signature Options**
- [ ] SATURDAY DELIVERY
- [ ] No Signature Required (10)
- [ ] Direct Signature (34)
- [ ] Indirect Signature
- [ ] Does this shipment contain dangerous goods?
  - [ ] No (4)
  - [ ] Yes — As per attached Shipper's Declaration
  - [ ] Yes — Shipper's Declaration not required (6)
  - [ ] Dry Ice — Dry Ice 9, UN1845 ___ kg
- [ ] Cargo Aircraft Only

**7 Payment** *Bill to:*
- [x] Sender — Acct No. in Section 1 will be billed (1)
- [ ] Recipient (2)
- [ ] Third Party (3)
- [ ] Credit Card (4)
- [ ] Cash/Check (5)

Total Packages: [illegible]
Total Weight: [illegible]

554




870884125970

# Delivered
## Thursday 10/03/2019 at 1:33 pm



**DELIVERED**

Signature not required

**GET STATUS UPDATES**

**OBTAIN PROOF OF DELIVERY**

| FROM | TO |
|---|---|
| N H US | CT US |

## Shipment Facts

**TRACKING NUMBER**
870884125970

**SERVICE**
FedEx Standard Overnight

**DELIVERED TO**
Residence

**TERMS**
Shipper

**PACKAGING**
FedEx Envelope

**SPECIAL HANDLING SECTION**
Deliver Weekday, Residential Delivery

**STANDARD TRANSIT**
10/03/2019 by 8:00 pm

**SHIP DATE**
Wed 10/02/2019

**ACTUAL DELIVERY**
Thu 10/03/2019 1:33 pm

## Travel History

Local Scan Time

**Thursday, 10/03/2019**

| Time | Location | Status |
|---|---|---|
| 1:33 pm | CT | Delivered — Left at front door. Package delivered to recipient address - release authorized |
| 8:17 am | WINDSOR LOCKS, CT | On FedEx vehicle for delivery |
| 7:50 am | WINDSOR LOCKS, CT | At local FedEx facility |

**Wednesday, 10/02/2019**

| Time | Location | Status |
|---|---|---|
| 8:16 pm | EAST GRANBY, CT | At destination sort facility |
| 7:19 pm | NORTH HAVEN, CT | Left FedEx origin facility |
| 6:02 pm | NORTH HAVEN, CT | Picked up |



# Exhibit B



# Homeowners Policy

in a simplified easy to read form.

# Amica Mutual Insurance Company

| | |
|---|---|
| Corporate Office | One Hundred Amica Way<br>Lincoln, Rhode Island<br>Mail: PO Box 6008, Providence, RI 02940-6008 |
| Policyholder Service | Hartford Regional Office<br>43 Western Boulevard<br>Suite 200<br>Glastonbury, CT 06033<br>800-382-6422 |

# IMPORTANT NOTICE REGARDING
# THIRD PARTY NOTIFICATION

CT 00 08 10 17

---

If you are a named insured, Connecticut law permits you to designate a third party to whom we will send a duplicate copy of any cancellation or nonrenewal notice issued to you for your automobile and/or homeowner's policies.

If you are interested in designating someone to receive such duplicate notices, you should discuss this with them and obtain their approval. Complete the lower portion of this form by:

1. Entering the third party's name and address;
2. Signing and dating this form;
3. Having the third party sign and date it; and
4. Returning it certified mail, return receipt requested, to:

   Amica Mutual Insurance Company
   P.O. Box 6008
   Providence, RI 02940-6008

Keep a copy of the completed form for your records. The third party designation will become effective no later than ten (10) business days after we receive the completed form signed by both you and the third party designee. You may terminate the third party designation by sending written notification (by certified mail, return receipt requested,) to the designated third party and us.

---

**Request To Designate A Third Party To Receive A Copy Of Policy Termination Notices**

Insured's Name:   John Alan Sakon

Address:
   82 Folly Brook Ln

   Manchester, CT 06040-7079

Policy No. 60100625RG

Check Policy Type:         Homeowners            Automobile

I designate the following person to receive a duplicate copy of any cancellation or nonrenewal notice that you might send me for the policy number shown above.

Name:   William K. Harrington United States Trustee

Street:   Giamimo Federal Building, 150 Court Street, Room 302

City:   New Haven            State:   CT            Zip:   06040

_____                                    _____
Signature of Insured                                                              Date

I accept the designation above. I understand my designation as a third party shall not constitute acceptance of any liability on my part or the insurer for services provided to the insured. If I decide to terminate my designation, I must send written notification by certified mail, return receipt requested, to both the insured and the insurer.

_____                                    _____
Signature of Third Party Designee                                          Date

CT 00 08 10 17

# AMICA MUTUAL INSURANCE COMPANY
## LINCOLN, RHODE ISLAND

Page 1 of 2

**DECLARATIONS**                              HOMEOWNERS POLICY NO. 60100625RG

**NAMED INSURED AND MAILING ADDRESS**         **POLICY PERIOD:** 12:01 A.M., Standard Time at the residence premises
John Alan Sakon
82 Folly Brook Ln                             **From:** October 6, 2019
Manchester, CT 06040-7079                     **To:** October 6, 2020

Hartford
County in which premises is located

The residence premises covered by this policy is located at the above address unless otherwise stated:

E-POLICY EMAIL:
johnsakon@yahoo.com

COVERAGE IS PROVIDED WHERE A PREMIUM OR LIMIT OF LIABILITY IS SHOWN FOR THE COVERAGE

| Section I Coverages | Limit of Liability | | Premium |
|---|---|---|---|
| A. Dwelling | $ NIL | Basic Policy | $ 121.00 |
| B. Other Structures | $ NIL | | $ |
| C. Personal Property | $ 15,000 | | $ |
| D. Loss of Use | $ 4,500 | | $ |
| Section II Coverages | | | $ |
| E. Personal Liability | $ 300,000 Each Occurrence | **TOTAL PREMIUM** | $ 121.00 |
| F. Medical Payments to Others | $ 1,000 Each Person | | |

**DEDUCTIBLE-SECTION I:**    $250

SPECIAL DISCOUNT:
MULTI-LINE CREDIT
E-DISCOUNT
AUTOPAY DISCOUNT

Special State Provisions:

**Section II - Other insured locations:**

**Mortgagee**

This policy shall not be valid unless countersigned by our authorized agent or representative.

*Dinari DuPont*
............................................
Authorized Representative

# AMICA MUTUAL INSURANCE COMPANY
## LINCOLN, RHODE ISLAND
### CONTINUATION OF DECLARATIONS FOR HOMEOWNERS POLICY NO. 60100625RG

**NAMED INSURED AND MAILING ADDRESS**
John Alan Sakon
82 Folly Brook Ln
Manchester, CT 06040-7079

**LOSS PAYEE - PERSONAL PROPERTY**

**Form and Endorsements made part of this policy at time of issue:**

Form : HO 00 04 05 11 CONTENTS BROAD FORM
Endorsement(s) :
AM 00 18 02 01 MUTUAL PROVISIONS - NON-DIVIDEND POLICY
AH 01 00 11 15 AMENDATORY ENDORSEMENT - COVERAGE ENHANCEMENTS
    HO 00 03, HO 00 04 AND HO 00 06
HO 01 06 01 19 SPECIAL PROVISIONS - CONNECTICUT
HO 04 74 05 11 LIMITED FUNGI, WET OR DRY ROT, OR BACTERIA COVERAGE - CT
    1. SECTION I - PROPERTY COVERAGE LIMIT OF LIABILITY $10,000
       FOR "FUNGI", WET OR DRY ROT, OR BACTERIA
    2. SECTION II - COVERAGE E AGGREGATE SUBLIMIT OF LIABILITY $50,000
       FOR "FUNGI", WET OR DRY ROT, OR BACTERIA
HO 04 90 05 11 PERSONAL PROPERTY REPLACEMENT COST LOSS SETTLEMENT
HO 04 98 06 11 REFRIGERATED PROPERTY COVERAGE
    TOTAL LIMIT OF LIABILITY $250          DEDUCTIBLE $100
HO 05 81 06 11 PROPERTY REMEDIATION FOR ESCAPED LIQUID FUEL AND LIMITED
    LEAD AND ESCAPED LIQUID FUEL LIABILITY COVERAGES
    AGGREGATE LIMITED LEAD AND ESCAPED LIQUID FUEL LIABILITY
       LIMIT OF LIABILITY $50,000
    PROPERTY REMEDIATION FOR ESCAPED LIQUID FUEL LIMIT OF LIABILITY $10,000
    ADDITIONAL REMEDIATION LOCATION(S): N/A

# HOMEOWNERS 4 - CONTENTS BROAD FORM

HO 00 04 05 11

**AGREEMENT**

We will provide the insurance described in this policy in return for the premium and compliance with all applicable provisions of this policy.

**DEFINITIONS**

A. In this policy, "you" and "your" refer to the "named insured" shown in the Declarations and the spouse if a resident of the same household. "We", "us" and "our" refer to the Company providing this insurance.

B. In addition, certain words and phrases are defined as follows:

1. "**Aircraft Liability**", "**Hovercraft Liability**", "**Motor Vehicle Liability**" and "**Watercraft Liability**", subject to the provisions in **b.** below, mean the following:

   a. Liability for **bodily injury** or **property damage** arising out of the:

      (1) Ownership of such vehicle or craft by an **insured**;

      (2) Maintenance, occupancy, operation, use, loading or unloading of such vehicle or craft by any person;

      (3) Entrustment of such vehicle or craft by an **insured** to any person;

      (4) Failure to supervise or negligent supervision of any person involving such vehicle or craft by an **insured**; or

      (5) Vicarious liability, whether or not imposed by law, for the actions of a child or minor involving such vehicle or craft.

   b. For the purpose of this definition:

      (1) Aircraft means any contrivance used or designed for flight except model or hobby aircraft not used or designed to carry people or cargo;

      (2) Hovercraft means a self-propelled motorized ground effect vehicle and includes, but is not limited to, flarecraft and air cushion vehicles;

      (3) Watercraft means a craft principally designed to be propelled on or in water by wind, engine power or electric motor; and

      (4) Motor vehicle means a **motor vehicle** as defined in **7.** below.

2. "**Bodily injury**" means bodily harm, sickness or disease, including required care, loss of services and death that results.

3. "**Business**" means:

   a. A trade, profession or occupation engaged in on a full-time, part-time or occasional basis; or

   b. Any other activity engaged in for money or other compensation, except the following:

      (1) One or more activities, not described in **(2)** through **(4)** below, for which no **insured** receives more than $2,000 in total compensation for the 12 months before the beginning of the policy period;

      (2) Volunteer activities for which no money is received other than payment for expenses incurred to perform the activity;

      (3) Providing home day care services for which no compensation is received, other than the mutual exchange of such services; or

      (4) The rendering of home day care services to a relative of an **insured.**

4. "**Employee**" means an employee of an **insured**, or an employee leased to an **insured** by a labor leasing firm under an agreement between an **insured** and the labor leasing firm, whose duties are other than those performed by a **residence employee.**

5. "**Insured**" means:

   a. You and residents of your household who are:

      (1) Your relatives; or

      (2) Other persons under the age of 21 and in your care or the care of a resident of your household who is your relative;

   b. A student enrolled in school full-time, as defined by the school, who was a resident of your household before moving out to attend school, provided the student is under the age of:

HO 00 04 05 11   Copyright, Insurance Services Office, Inc., 2010   Page 1 of 20

(1) 24 and your relative; or

(2) 21 and in your care or the care of a resident of your household who is your relative; or

c. Under Section II:

(1) With respect to animals or watercraft to which this policy applies, any person or organization legally responsible for these animals or watercraft which are owned by you or any person described in **5.a.** or **b.** **"Insured"** does not mean a person or organization using or having custody of these animals or watercraft in the course of any **business** or without consent of the owner; or

(2) With respect to a **motor vehicle** to which this policy applies:

(a) Persons while engaged in your employ or that of any person described in **5.a.** or **b.**; or

(b) Other persons using the vehicle on an **insured location** with your consent.

Under both Sections I and II, when the word an immediately precedes the word **insured**, the words an **insured** together mean one or more **insureds.**

6. **"Insured location"** means:

a. The **residence premises**;

b. The part of other premises, other structures and grounds used by you as a residence; and

(1) Which is shown in the Declarations; or

(2) Which is acquired by you during the policy period for your use as a residence;

c. Any premises used by you in connection with a premises described in **a.** and **b.** above;

d. Any part of a premises:

(1) Not owned by an **insured**; and

(2) Where an **insured** is temporarily residing;

e. Vacant land, other than farm land, owned by or rented to an **insured**;

f. Land owned by or rented to an **insured** on which a one-, two-, three- or four-family dwelling is being built as a residence for an **insured**;

g. Individual or family cemetery plots or burial vaults of an **insured**; or

h. Any part of a premises occasionally rented to an **insured** for other than **business** use.

7. **"Motor vehicle"** means:

a. A self-propelled land or amphibious vehicle; or

b. Any trailer or semitrailer which is being carried on, towed by or hitched for towing by a vehicle described in **a.** above.

8. **"Occurrence"** means an accident, including continuous or repeated exposure to substantially the same general harmful conditions, which results, during the policy period, in:

a. **Bodily injury**; or

b. **Property damage.**

9. **"Property damage"** means physical injury to, destruction of, or loss of use of tangible property.

10. **"Residence employee"** means:

a. An employee of an **insured**, or an employee leased to an **insured** by a labor leasing firm, under an agreement between an **insured** and the labor leasing firm, whose duties are related to the maintenance or use of the **residence premises**, including household or domestic services; or

b. One who performs similar duties elsewhere not related to the **business** of an **insured.**

A **residence employee** does not include a temporary employee who is furnished to an **insured** to substitute for a permanent **residence employee** on leave or to meet seasonal or short-term workload conditions.

11. **"Residence premises"** means:

a. The one-family dwelling where you reside;

b. The two-, three- or four-family dwelling where you reside in at least one of the family units; or

c. That part of any other building where you reside;