**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**HARTFORD DIVISION**

| | |
|---|---|
| **In re** | **Chapter 11** |
| **JOHN ALAN SAKON,** | **Case No. 19-21619 (JJT)** |
| **Debtor.** | |

_____

**UNITED STATES TRUSTEE'S STATEMENT**
**OF PARTIAL COMPLIANCE BY THE DEBTOR**

  William K. Harrington, the United States Trustee for Region 2 (the "United States Trustee"), in furtherance of his duties and responsibilities set forth in 28 U.S.C. § 586(a)(3) and (5), and pursuant to Fed. R. Bankr. P. 9006(c)(1) and 9007, through his undersigned counsel, makes the following statement concerning the United States Trustee Motion to Dismiss (ECF 16) and the Bankruptcy Court's docket entry for October 4, 2019 and Order of October 7, 2019 (ECF 27):

  1. As of 3:00 p.m. on October 10, 2019, the Debtor's case docket does not reflect that the Debtor has filed his delinquent bankruptcy schedules and statements. *See* ECF docket.

  2. Also as of 2:30 p.m., the United States Trustee has received additional information and documents which demonstrate that the Debtor has made significant efforts to procure appropriate liability insurance coverages so as to adequately protect the interests of the bankruptcy estate and the public from loss in that the Debtor has obtained an insurance binder for the abandoned building located on the Debtor's 131 Griswold Street, Glastonbury, CT property in the amount of $1,000,000.00 per occurrence and $2,000,000.00 in the aggregate.

  3. The Debtor has yet to verify the continued existence of liability coverages for the

balance of the Debtor's Glastonbury property for which the Debtor has already presented a somewhat dated proof of insurance demonstrating adequate insurance coverages and that such coverages extend to the Debtor's status as a debtor-in-possession. Such verification may reasonably take up to two weeks more.

    4. With the Bankruptcy Court's permission, the United States Trustee is willing to allow the Debtor up until Thursday, October 24, 2019, an additional two week period, to allow the Debtor to establish that either his existing homeowner's and excess liability insurance coverages extend to his present debtor-in-possession status and his Glastonbury, CT properties or for Debtor to obtain new insurance coverage which does.

    5. Unless the Bankruptcy Court should cancel or continue the continued hearing on the United States Trustee's Motion to Dismiss now scheduled for Friday, October 11, 2019 at 12:00 noon, the United States Trustee shall appear to further detail the performance of the Debtor vis-à-vis the Bankruptcy Court's docket entry of October 4, 2019 and Order of October 7, 2019.

Dated: October 10, 2019  
      New Haven, CT

Respectfully submitted,

WILLIAM K. HARRINGTON  
UNITED STATES TRUSTEE FOR REGION 2

By: /s/ Steven E. Mackey  
Steven E. Mackey/ct09932  
Office of the United States Trustee  
Giaimo Federal Building, Rm 302  
150 Court Street  
New Haven, CT 06510  
Tele. No. (203) 773-2210