**Fill in this information to identify your case and this filing:**

Debtor 1    John A. Sakon
            First Name          Middle Name          Last Name

Debtor 2
(Spouse, if filing)  First Name   Middle Name          Last Name

United States Bankruptcy Court for the: District of Connecticut

Case number  19-21619

**FILED**

2019 OCT 10  P 2: 57
☐ Check if this is an
amended filing
CLERK, U.S. BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
HARTFORD

## Official Form 106A/B

# Schedule A/B: Property                                    12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:    Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest in

1. **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

   ☐ No. Go to Part 2.

   ☑ Yes. Where is the property?

| | | |
|---|---|---|
| 1.1 | **131 Griswold Street**<br>Street address, if available, or other description | **What is the property?** Check all that apply.<br>☐ Single-family home<br>☐ Duplex or multi-unit building<br>☐ Condominium or cooperative<br>☐ Manufactured or mobile home<br>☐ Land<br>☑ Investment property<br>☐ Timeshare<br>☐ Other _____ | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*<br><br>**Current value of the entire property?**  **Current value of the portion you own?**<br>See Statement Below $_____ 100.00 |

Glastonbury    CT    06033
City          State   ZIP Code

**Who has an interest in the property?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

Fee Simple

☐ **Check if this is community property** (see instructions)

Hartford
County

**Other information you wish to add about this item, such as local property identification number:** Map D4 St. 2760 Lot N0008

If you own or have more than one, list here:

| | | |
|---|---|---|
| 1.2 | **Lot E-8A Main Street**<br>Street address, if available, or other description | **What is the property?** Check all that apply.<br>☐ Single-family home<br>☐ Duplex or multi-unit building<br>☐ Condominium or cooperative<br>☐ Manufactured or mobile home<br>☑ Land<br>☐ Investment property<br>☐ Timeshare<br>☐ Other _____ | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*<br><br>**Current value of the entire property?**  **Current value of the portion you own?**<br>See Statement Below $_____ 100.00 |

Glastonobury    CT    06033
City          State   ZIP Code

**Who has an interest in the property?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

Fee Simple

☐ **Check if this is community property** (see instructions)

Hartford
County

**Other information you wish to add about this item, such as local property identification number:** Map D4 St. 4140 Lot E0008A

Debtor 1   John A. Sakon
_____
First Name   Middle Name   Last Name

Case number (if known) 19-21619

---

1.3   Lot 2B Griswold Street Rear
Street address, if available, or other description
_____
_____

Glastonbury          CT      06033
City                 State   ZIP Code

Hartford
County

**What is the property?** Check all that apply

❑ Single-family home
❑ Duplex or multi-unit building
❑ Condominium or cooperative
❑ Manufactured or mobile home
☑ Land
❑ Investment property
❑ Timeshare
❑ Other _____

**Who has an interest in the property?** Check one.

☑ Debtor 1 only
❑ Debtor 2 only
❑ Debtor 1 and Debtor 2 only
❑ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number: Map D4 St. 2760 Lot N0002B

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $ See Statement | $ 100.00 |

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**
Fee Simple

❑ Check if this is community property (see instructions)

---

1.4   2980 Main Street
Street address, if available, or other description
_____
_____

Glastonbury          CT      06033
City                 State   ZIP Code

Hartford
County

**What is the property?** Check all that apply

❑ Single-family home
❑ Duplex or multi-unit building
❑ Condominium or cooperative
❑ Manufactured or mobile home
☑ Land
❑ Investment property
❑ Timeshare
❑ Other _____

**Who has an interest in the property?** Check one.

☑ Debtor 1 only
❑ Debtor 2 only
❑ Debtor 1 and Debtor 2 only
❑ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number: _____

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $ See Statement | $ 100.00 |

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**
98 Year Land Lease (Leasehold)

❑ Check if this is community property (see instructions)

---

1.5   Main Street
Street address, if available, or other description
_____
_____

Glastonbury          CT      06033
City                 State   ZIP Code

Hartford
County

**What is the property?** Check all that apply.

❑ Single-family home
❑ Duplex or multi-unit building
❑ Condominium or cooperative
❑ Manufactured or mobile home
☑ Land
❑ Investment property
❑ Timeshare
❑ Other _____

**Who has an interest in the property?** Check one

☑ Debtor 1 only
❑ Debtor 2 only
❑ Debtor 1 and Debtor 2 only
❑ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number: Glastonbury Land Records Volume 1245 Page 16 and Map 6032

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $ See Statement | $ 100.00 |

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**
Perpetual Easement

❑ Check if this is community property (see instructions)

---

| Debtor 1 | John A. Sakon | | | | Case number (if known) 19-21619 |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

**1.6** 82 Folly Brook Lane
Street address, if available, or other description

| | | | |
|---|---|---|---|
| Manchester | CT | 06040 | |
| City | State | ZIP Code | |

Hartford
County

**What is the property?** Check all that apply.

☑ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

**Other information you wish to add about this item, such as local property identification number:** _____

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $ 250,000.00 | $ 22,000.00 |

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

Option to Purchase for $228,000

☐ **Check if this is community property** (see instructions)

> Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here. ................................................................................→    $ 11,452,000.00

**Statement:** Properties 1.1-1.5 have multiple values depending whether they are sold separately or as an assemblage. The existing properties have limited development potential individually. The intent of this Chapter 11 Reorganization is to take the assembled properties re-subdivide them along a common roadway and sell the 8 lots: Estimated Value in Reorganization $11,430,000.

## Part 2:   Describe Your Vehicles

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

**3. Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

☐ No
☑ Yes

**3.1.** Make:  Mercedes
Model:  ML 320
Year:  1999
Approximate mileage:  254000
Other information:

**Who has an interest in the property?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $ 1,000.00 | $ 1,000.00 |

If you own or have more than one, describe here:

**3.2.** Make:  _____
Model:  _____
Year:  _____
Approximate mileage:  _____
Other information:

**Who has an interest in the property?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $_____ | $_____ |

Debtor 1    John A. Sakon                                    Case number (if known) 19-21619
            First Name    Middle Name    Last Name

| | | |
|---|---|---|
| 3.3 | Make: _____<br>Model: _____<br>Year: _____<br>Approximate mileage: _____<br>Other information:<br><br> | **Who has an interest in the property?** Check one.<br>❏ Debtor 1 only<br>❏ Debtor 2 only<br>❏ Debtor 1 and Debtor 2 only<br>❏ At least one of the debtors and another<br><br>❏ **Check if this is community property** (see instructions) | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*<br><br>**Current value of the entire property?**   **Current value of the portion you own?**<br><br>$_____   $_____ |
| 3.4 | Make: _____<br>Model: _____<br>Year: _____<br>Approximate mileage: _____<br>Other information:<br><br> | **Who has an interest in the property?** Check one.<br>❏ Debtor 1 only<br>❏ Debtor 2 only<br>❏ Debtor 1 and Debtor 2 only<br>❏ At least one of the debtors and another<br><br>❏ **Check if this is community property** (see instructions) | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*<br><br>**Current value of the entire property?**   **Current value of the portion you own?**<br><br>$_____   $_____ |

4. **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
   *Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

   ☑ No
   ❏ Yes

| | | |
|---|---|---|
| 4.1 | Make: _____<br>Model: _____<br>Year: _____<br>Other information:<br><br> | **Who has an interest in the property?** Check one.<br>❏ Debtor 1 only<br>❏ Debtor 2 only<br>❏ Debtor 1 and Debtor 2 only<br>❏ At least one of the debtors and another<br><br>❏ **Check if this is community property** (see instructions) | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*<br><br>**Current value of the entire property?**   **Current value of the portion you own?**<br><br>$_____   $_____ |

If you own or have more than one, list here:

| | | |
|---|---|---|
| 4.2 | Make: _____<br>Model: _____<br>Year: _____<br>Other information:<br><br> | **Who has an interest in the property?** Check one.<br>❏ Debtor 1 only<br>❏ Debtor 2 only<br>❏ Debtor 1 and Debtor 2 only<br>❏ At least one of the debtors and another<br><br>❏ **Check if this is community property** (see instructions) | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*<br><br>**Current value of the entire property?**   **Current value of the portion you own?**<br><br>$_____   $_____ |

5. **Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here** ...........................................................➔   $ 2,500.00

Debtor 1   John A. Sakon                                          Case number (if known) 19-21619
           First Name      Middle Name      Last Name

## Part 3:   Describe Your Personal and Household Items

| Do you own or have any legal or equitable interest in any of the following items? | Current value of the portion you own? Do not deduct secured claims or exemptions. |
|---|---|

**6. Household goods and furnishings**

*Examples:* Major appliances, furniture, linens, china, kitchenware

☐ No

☑ Yes. Describe......... Furniture, kitchenware, linens          $        1,500.00

**7. Electronics**

*Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games

☐ No

☑ Yes. Describe......... TV, Stereo, Printers, Scanner, Cell Phone, Computer Equipment        $        1,000.00

**8. Collectibles of value**

*Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles

☐ No

☑ Yes. Describe......... Peter Max Lithograph (2)  Sculptures (3)          $        1,000.00

**9. Equipment for sports and hobbies**

*Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments

☐ No

☑ Yes. Describe......... Bikes, Golf Clubs, Tools, Exercise Equipment          $        500.00

**10. Firearms**

*Examples:* Pistols, rifles, shotguns, ammunition, and related equipment

☐ No

☑ Yes. Describe......... Shotgun and Pistol          $        300.00

**11. Clothes**

*Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories

☐ No

☑ Yes. Describe......... Cloths, Suits, Shoes          $        300.00

**12. Jewelry**

Examples: Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver

☑ No
☐ Yes. Describe..........          $        0.00

**13. Non-farm animals**

*Examples:* Dogs, cats, birds, horses

☑ No
☐ Yes. Describe..........          $        0.00

**14. Any other personal and household items you did not already list, including any health aids you did not list**

☑ No
☐ Yes. Give specific
       information. .............          $        0.00

**15. Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here** ..................................................................................➔          $        4,600.00

Debtor 1 __John A. Sakon__
         First Name      Middle Name      Last Name

Case number (if known) __19-21619__

## Part 4: Describe Your Financial Assets

Do you own or have any legal or equitable interest in any of the following?

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

### 16. Cash

*Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition

☐ No

☑ Yes ........................................................................................................................................ Cash: ................ $ __200.00__

### 17. Deposits of money

*Examples:* Checking, savings, or other financial accounts; certificates of deposit, shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.

☐ No

☑ Yes ......................                                   Institution name:

| | | | |
|---|---|---|---|
| 17.1. Checking account: | Bank of America -7644 | $ | 7,414.41 |
| 17.2. Checking account: | United Bank -0001 | $ | 398.43 |
| 17.3. Savings account: | | $ | |
| 17.4. Savings account: | | $ | |
| 17.5. Certificates of deposit: | | $ | |
| 17.6. Other financial account: | | $ | |
| 17.7. Other financial account: | | $ | |
| 17.8. Other financial account: | | $ | |
| 17.9. Other financial account: | | $ | |

### 18. Bonds, mutual funds, or publicly traded stocks

*Examples:* Bond funds, investment accounts with brokerage firms, money market accounts

☑ No

☐ Yes ............     Institution or issuer name:

$ _____
$ _____
$ _____

### 19. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture

☑ No

☐ Yes. Give specific information about them ...................

| Name of entity: | % of ownership: | |
|---|---|---|
| | 0% % | $ |
| | 0% % | $ |
| | 0% % | $ |

Debtor 1    <u>John A. Sakon</u>                                    Case number *(if known)* <u>19-21619</u>
    First Name    Middle Name    Last Name

20. **Government and corporate bonds and other negotiable and non-negotiable instruments**

*Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
*Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.

☑ No

❑ Yes. Give specific    Issuer name:
   information about
   them...................    _____    $_____
       _____    $_____
       _____    $_____

21. **Retirement or pension accounts**

*Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans

☑ No

❑ Yes. List each
   account separately.   Type of account:    Institution name:

          401(k) or similar plan:  _____   $_____

          Pension plan:  _____   $_____

          IRA:  _____   $_____

          Retirement account:  _____   $_____

          Keogh:  _____   $_____

          Additional account:  _____   $_____

          Additional account:  _____   $_____

22. **Security deposits and prepayments**

Your share of all unused deposits you have made so that you may continue service or use from a company
*Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications
companies, or others

☑ No

❑ Yes.....................    Institution name or individual:

          Electric:  _____   $_____

          Gas:  _____   $_____

          Heating oil:  _____   $_____

          Security deposit on rental unit:  _____   $_____

          Prepaid rent:  _____   $_____

          Telephone:  _____   $_____

          Water:  _____   $_____

          Rented furniture:  _____   $_____

          Other:  _____   $_____

23. **Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)

☑ No

❑ Yes.......................    Issuer name and description:

    _____   $_____
    _____   $_____
    _____   $_____

Official Form 106A/B           **Schedule A/B: Property**           

Debtor 1   **John A. Sakon**
            First Name    Middle Name    Last Name

Case number (if known) **19-21619**

24. **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).

☑ No

☐ Yes ................................. Institution name and description. Separately file the records of any interests 11 U.S.C. § 521(c)

_____   $_____

_____   $_____

_____   $_____

25. **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**

☑ No

☐ Yes. Give specific
information about them....                                                      $_____

26. **Patents, copyrights, trademarks, trade secrets, and other intellectual property**
*Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements

☐ No

☑ Yes. Give specific          Trademark "Sakon"
information about them....                                               $_____ 100.00

27. **Licenses, franchises, and other general intangibles**
*Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses

☑ No

☐ Yes. Give specific
information about them....                                                    $_____

**Money or property owed to you?**

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

28. **Tax refunds owed to you**

☑ No

☐ Yes. Give specific information
about them, including whether       Federal:    $_____
you already filed the returns       State:      $_____
and the tax years. ......................
                                    Local:      $_____

29. **Family support**
*Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement

☑ No

☐ Yes. Give specific information............
                                    Alimony:              $_____
                                    Maintenance:          $_____
                                    Support:              $_____
                                    Divorce settlement:   $_____
                                    Property settlement:  $_____

30. **Other amounts someone owes you**
*Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers' compensation, Social Security benefits; unpaid loans you made to someone else

☐ No

☑ Yes. Give specific information............   The debtor has monthly SS benefit of $915/month after medicare   $_____
                                              insurance deduction.

Official Form 106A/B                  **Schedule A/B: Property**                          page 7

Debtor 1  John A. Sakon
         First Name    Middle Name    Last Name

Case number (if known) 19-21619

31. **Interests in insurance policies**
Examples: Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance

☑ No
☐ Yes. Name the insurance company of each policy and list its value...

| Company name: | Beneficiary: | Surrender or refund value: |
|---|---|---|
| | | $_____ |
| | | $_____ |
| | | $_____ |

32. **Any interest in property that is due you from someone who has died**
If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.

☑ No
☐ Yes. Give specific information.............

$_____

33. **Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
Examples: Accidents, employment disputes, insurance claims, or rights to sue

☐ No
☑ Yes. Describe each claim.................  See Schedule Entitled "Claims"

$ 5,000,000.00

34. **Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**

☑ No
☐ Yes. Describe each claim. ..................

$_____

35. **Any financial assets you did not already list**

☑ No
☐ Yes. Give specific information...........

$_____

36. **Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here** .................................................................................................➔

$ 5,008,112.84

---

**Part 5:**    **Describe Any Business-Related Property You Own or Have an Interest in. List any real estate in Part 1.**

37. **Do you own or have any legal or equitable interest in any business-related property?**

☑ No. Go to Part 6.
☐ Yes. Go to line 38.

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

38. **Accounts receivable or commissions you already earned**

☑ No
☐ Yes. Describe......

$_____

39. **Office equipment, furnishings, and supplies**
Examples: Business-related computers, software, modems, printers, copiers, fax machines, rugs, telephones, desks, chairs, electronic devices

☐ No
☑ Yes. Describe......  Included in Personal Property

$ 0.00

Debtor 1    John A. Sakon                                                  Case number *(if known)* 19-21619
           First Name    Middle Name    Last Name

40. **Machinery, fixtures, equipment, supplies you use in business, and tools of your trade**

☑ No
☐ Yes. Describe ......                                                                                    $ _____

41. **Inventory**

☑ No
☐ Yes. Describe ......                                                                                    $ _____

42. **Interests in partnerships or joint ventures**

☑ No
☐ Yes. Describe ......    Name of entity:                                          % of ownership:

                         _____    _____ %    $ _____
                         _____    _____ %    $ _____
                         _____    _____ %    $ _____

43. **Customer lists, mailing lists, or other compilations**

☑ No
☐ Yes. **Do your lists include personally identifiable information (as defined in 11 U.S.C. § 101(41A))?**

    ☐ No
    ☐ Yes. Describe ......                                                                               $ _____

44. **Any business-related property you did not already list**

☑ No
☐ Yes. Give specific
    information .........    _____                $ _____
                           _____                $ _____
                           _____                $ _____
                           _____                $ _____
                           _____                $ _____
                           _____                $ _____

45. **Add the dollar value of all of your entries from Part 5, including any entries for pages you have attached
for Part 5. Write that number here** ............................................................................................ →    $            0.00

---

**Part 6:**    **Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest in.**
              If you own or have an interest in farmland, list it in Part 1.

46. **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**

☑ No. Go to Part 7.
☐ Yes. Go to line 47.

                                                                          **Current value of the
                                                                          portion you own?**
                                                                          Do not deduct secured claims
                                                                          or exemptions.

47. **Farm animals**
*Examples:* Livestock, poultry, farm-raised fish

☐ No
☐ Yes ........................                                                                             $ _____

Debtor 1    John A. Sakon                                            Case number (if known) 19-21619
            First Name    Middle Name    Last Name


48. Crops—either growing or harvested

☐ No
☐ Yes. Give specific
   information............                                                               $_____

49. Farm and fishing equipment, implements, machinery, fixtures, and tools of trade
☐ No
☐ Yes .......................

                                                                                        $_____

50. Farm and fishing supplies, chemicals, and feed

☐ No
☐ Yes.......................

                                                                                        $_____

51. Any farm- and commercial fishing-related property you did not already list
☐ No
☐ Yes. Give specific
   information............                                                               $_____

52. Add the dollar value of all of your entries from Part 6, including any entries for pages you have attached    →    $            0.00
    for Part 6. Write that number here ...........................................................................


---

**Part 7:    Describe All Property You Own or Have an Interest in That You Did Not List Above**

53. Do you have other property of any kind you did not already list?
    *Examples:* Season tickets, country club membership

☑ No
☐ Yes. Give specific                                                                    $_____
   information............                                                               $_____
                                                                                        $_____

54. Add the dollar value of all of your entries from Part 7. Write that number here ...................    →    $            0.00


---

**Part 8:    List the Totals of Each Part of this Form**

55. Part 1: Total real estate, line 2 ...........................................................    →    $  11,452,000.00

56. Part 2: Total vehicles, line 5                              $        1,000.00

57. Part 3: Total personal and household items, line 15        $        5,700.00

58. Part 4: Total financial assets, line 36                    $    5,008,112.84

59. Part 5: Total business-related property, line 45           $            0.00

60. Part 6: Total farm- and fishing-related property, line 52  $            0.00

61. Part 7: Total other property not listed, line 54         + $            0.00

62. Total personal property. Add lines 56 through 61. ...........  $  5,018,312.84  Copy personal property total →  + $   5,018,312.84


63. Total of all property on Schedule A/B. Add line 55 + line 62..........................................    $  16,465,812.84


Official Form 106A/B                          Schedule A/B: Property                                        page 10

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | John A Sakon |
| | First Name          Middle Name          Last Name |
| Debtor 2 | |
| (Spouse, if filing) | First Name          Middle Name          Last Name |

United States Bankruptcy Court for the: District of Connecticut

Case number (if known): 19-21619

☐ Check if this is an amended filing

## Official Form 106C

# Schedule C: The Property You Claim as Exempt

04/19

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.**

**Part 1:    Identify the Property You Claim as Exempt**

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ☑ You are claiming state and federal nonbankruptcy exemptions. 11 U.S.C. § 522(b)(3)

   ☐ You are claiming federal exemptions. 11 U.S.C. § 522(b)(2)

2. **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: 1999 Mercedes<br>Line from *Schedule A/B*: 5 | $1,000.00 | ☐ $ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(b)(2); 11 U.S.C. § 522(b)(3); vehicle |
| Brief description: Household goods<br>Line from *Schedule A/B*: 6 | $1,500.00 | ☐ $ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(b)(2); 11 U.S.C. § 522(b)(3); |
| Brief description: Electronics<br>Line from *Schedule A/B*: 7 | $1,000.00 | ☐ $ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(b)(2); 11 U.S.C. § 522(b)(3); HH G |

3. **Are you claiming a homestead exemption of more than $170,350?**

   (Subject to adjustment on 4/01/22 and every 3 years after that for cases filed on or after the date of adjustment.)

   ☑ No

   ☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?

       ☐ No

       ☐ Yes

Debtor 1    **John A Sakon**
First Name    Middle Name    Last Name

Case number (if known) **19-21619**

### Part 2:    **Additional Page**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own | Amount of the exemption you claim | Specific laws that allow exemption |
|---|---|---|---|
| | Copy the value from *Schedule A/B* | *Check only one box for each exemption* | |
| Brief description: Collectibles of Value <br> Line from Schedule A/B: 8 | $ 1,000.00 | ☐ $ _____ <br> ☑ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(b)(2); 11 U.S.C. § 522(b)(3); wildcard exemption |
| Brief description: Exercise Equipment <br> Line from Schedule A/B: 9 | $ 200.00 | ☐ $ _____ <br> ☑ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(b)(2); 11 U.S.C. § 522(b)(3); health care exemption - rehab |
| Brief description: Tools <br> Line from Schedule A/B: 9 | $ 150.00 | ☐ $ _____ <br> ☑ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(b)(2); 11 U.S.C. § 522(b)(3);trade exemption |
| Brief description: Golf Clubs <br> Line from Schedule A/B: 9 | $ 150.00 | ☐ $ _____ <br> ☑ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(b)(2); 11 U.S.C. § 522(b)(3);wildcard |
| Brief description: Firearms <br> Line from Schedule A/B: 10 | $ 300.00 | ☐ $ _____ <br> ☑ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(b)(2); 11 U.S.C. § 522(b)(3);wildcard |
| Brief description: Clothes <br> Line from Schedule A/B: 11 | $ 300.00 | ☐ $ _____ <br> ☑ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(b)(2); 11 U.S.C. § 522(b)(3); |
| Brief description: Trademark <br> Line from Schedule A/B: 26 | $ 100.00 | ☐ $ _____ <br> ☑ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(b)(2); 11 U.S.C. § 522(b)(3);wildcard |
| Brief description: Claims <br> Line from Schedule A/B: 33 | $ 5,000,000.00 | ☐ $ _____ <br> ☑ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(b)(2); 11 U.S.C. § 522(b)(3);Pain and Suffering; personal injury |
| Brief description: _____ <br> Line from Schedule A/B: _____ | $ _____ | ☐ $ _____ <br> ☐ 100% of fair market value, up to any applicable statutory limit | |
| Brief description: _____ <br> Line from Schedule A/B: _____ | $ _____ | ☐ $ _____ <br> ☐ 100% of fair market value, up to any applicable statutory limit | |
| Brief description: _____ <br> Line from Schedule A/B: _____ | $ _____ | ☐ $ _____ <br> ☐ 100% of fair market value, up to any applicable statutory limit | |
| Brief description: _____ <br> Line from Schedule A/B: _____ | $ _____ | ☐ $ _____ <br> ☐ 100% of fair market value, up to any applicable statutory limit | |

<table>
<tr><td colspan="2">Fill in this information to identify your case:</td></tr>
<tr><td>Debtor 1</td><td>John A Sakon</td></tr>
<tr><td></td><td>First Name          Middle Name          Last Name</td></tr>
<tr><td>Debtor 2<br>(Spouse  if filing)</td><td>First Name          Middle Name          Last Name</td></tr>
<tr><td colspan="2">United States Bankruptcy Court for the: District of Connecticut</td></tr>
<tr><td>Case number<br>(if known)</td><td>19-21619</td></tr>
</table>

☐ Check if this is an
amended filing

## Official Form 106D

# Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

1. **Do any creditors have claims secured by your property?**
   ☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.
   ☑ Yes. Fill in all of the information below.

### Part 1:   List All Secured Claims

2. **List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | | Column A<br>Amount of claim<br>Do not deduct the<br>value of collateral. | Column B<br>Value of collateral<br>that supports this<br>claim | Column C<br>Unsecured<br>portion<br>If any |
|---|---|---|---|---|
| **2.1** Cyhani Ventures, Inc.<br>Creditor's Name | **Describe the property that secures the claim:** | $ 4,724,416.00 | $ 2,450,000.00 | $ 2,274,417 |

**2.1** Cyhani Ventures, Inc.
Creditor's Name

42 Protea Gardens
Number          Street

Toronto, Ontario, Canada

M3K2W6
City          State   ZIP Code

**Who owes the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim relates to a
   community debt

Date debt was incurred  03/26/2016

**Describe the property that secures the claim:**

See Schedule Properties 1.1; 1.2; 1.3

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.

☑ An agreement you made (such as mortgage or secured
   car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Last 4 digits of account number ___ ___ ___ ___

Value of collateral by Appraisal provided by Alexander W. Macdonald #RCG636 on behalf of the Town of Glastonbury in Foreclosure Proceedings dated  June and September 2019

---

**2.2** HOC Holdings, LLC
Creditor's Name

424 Weldrick Road East
Number          Street

Richmond Hill, Ontario, Canada

L4B2M5
City          State   ZIP Code

**Who owes the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim relates to a
   community debt

Date debt was incurred _____

**Describe the property that secures the claim:**

See Schedule Properties 1.1; 1.2; 1.3;

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.

☑ An agreement you made (such as mortgage or secured
   car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Last 4 digits of account number ___ ___ ___ ___

$  325,720.00    $ 1,675,000.00   $ 325,720.0

This is a 2nd Mortgage with 2.1 Mortgage of $4,724,416 in 1st position

**Add the dollar value of your entries in Column A on this page. Write that number here:**  $ 5,050,136.00

Debtor 1   **John A Sakon**
First Name   Middle Name   Last Name

Case number *(if known)* __19-21619__

| | Column A<br>Amount of claim<br>Do not deduct the<br>value of collateral. | Column B<br>Value of collateral<br>that supports this<br>claim | Column C<br>Unsecured<br>portion<br>If any |
|---|---|---|---|

**Part 1:** **Additional Page**
After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth.

### 2.3 Town of Glastonbury
Creditor's Name

2155 Main Street
Number   Street

Glastonbury    CT   06033
City     State   ZIP Code

**Who owes the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim relates to a
community debt

Date debt was incurred _____

**Describe the property that secures the claim:**

See Schedule Properties 1.1
131 Griswold Street

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☑ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Last 4 digits of account number ___ ___ ___ ___

$ 242,962.00   $ 1,200,000.00   $ 957,037.0

### 2.4 Town of Glastonbury
Creditor's Name

2155 Main Street
Number   Street

Glastonbury    CT   06033
City     State   ZIP Code

**Who owes the debt?** Check one.

☑ Debtor 1 only
☑ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☐ Check if this claim relates to a
community debt

Date debt was incurred _____

**Describe the property that secures the claim:**

Property 1.2 E8A Main Street

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☑ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Last 4 digits of account number ___ ___ ___ ___

$ 116,900.00   $ 900,000.00   $ 783,100.0

### 2.4 Town of Glastonbury
Creditor's Name

2155 Main Street
Number   Street

Glastonbury    CT   06033
City     State   ZIP Code

**Who owes the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim relates to a
community debt

Date debt was incurred _____

**Describe the property that secures the claim:**

Property 1.3 N2B Griswold Street

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☑ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Last 4 digits of account number ___ ___ ___ ___

$ 41,947.00   $ 350,000.00   $ 308,053.0

Add the dollar value of your entries in Column A on this page. Write that number here:   $ 681,923.00

If this is the last page of your form, add the dollar value of the totals from all pages.
Write that number here:   $ 541,945.00

Official Form 106D    Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**    page 2 of 3

Debtor 1    John A Sakon

     First Name    Middle Name    Last Name

Case number (if known) 19-21619

### Part 2:   List Others to Be Notified for a Debt That You Already Listed

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

**2.1**  Stewart Thom - Torkin Manes LLP - Receiver for Cyhani

Name

151 Yonge Street, Suite 1500

| Number | Street | | | |

                     Zip Code   M5C 2W7

Toronto                    ON

City                      State       ZIP Code

On which line in Part 1 did you enter the creditor? **2.1**

Last 4 digits of account number ___ ___ ___ ___

---

Name

Number     Street

City                      State       ZIP Code

On which line in Part 1 did you enter the creditor? _____

Last 4 digits of account number ___ ___ ___ ___

---

Name

Number     Street

City                      State       ZIP Code

On which line in Part 1 did you enter the creditor? _____

Last 4 digits of account number ___ ___ ___ ___

---

Name

Number     Street

City                      State       ZIP Code

On which line in Part 1 did you enter the creditor? _____

Last 4 digits of account number ___ ___ ___ ___

---

Name

Number     Street

City                      State       ZIP Code

On which line in Part 1 did you enter the creditor? _____

Last 4 digits of account number ___ ___ ___ ___

---

Name

Number     Street

City                      State       ZIP Code

On which line in Part 1 did you enter the creditor? _____

Last 4 digits of account number ___ ___ ___ ___

Fill in this information to identify your case:

Debtor 1      John A Sakon
              First Name         Middle Name       Last Name

Debtor 2
(Spouse, if filing) First Name   Middle Name       Last Name

United States Bankruptcy Court for the: District of Connecticut

Case number  19-21619
(if known)

☐ Check if this is an
  amended filing

## Official Form 106E/F

# Schedule E/F: Creditors Who Have Unsecured Claims    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule
A/B: Property* (Official Form 106A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 106G). Do not include any
creditors with partially secured claims that are listed in *Schedule D: Creditors Who Have Claims Secured by Property*. If more space is
needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. On the top of
any additional pages, write your name and case number (if known).

### Part 1:    List All of Your PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims against you?**
   ☐ No. Go to Part 2.
   ☑ Yes.

2. **List all of your priority unsecured claims.** If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For
   each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and
   nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If you have more than two priority
   unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.

   (For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

|  |  | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|---|

**2.1**

Francelia Sevin
Priority Creditor's Name

53 Benton Street
Number      Street

Manchester          CT     06040
City                State  ZIP Code

Who incurred the debt? Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number __ __ __ __       $  4,686.00  $ 4,686.00  $

When was the debt incurred?  _____

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Type of PRIORITY unsecured claim:
☑ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____

**2.2**

Priority Creditor's Name

Number      Street

City                State  ZIP Code

Who incurred the debt? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?
☐ No
☐ Yes

Last 4 digits of account number __ __ __ __       $_____  $_____  $_____

When was the debt incurred?  _____

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Type of PRIORITY unsecured claim:
☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____

Debtor 1   John A Sakon
    First Name    Middle Name    Last Name

Case number (if known) 19-21619

## Part 2:   List All of Your NONPRIORITY Unsecured Claims

**3. Do any creditors have nonpriority unsecured claims against you?**

☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.

☑ Yes

**4. List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

Total claim

| 4.1 | A & F Main Street Associates, LLC | |
|---|---|---|

Nonpriority Creditor's Name

4 Main Street
Number   Street

East Hartford      CT      06118
City      State      ZIP Code

888-800-9412 - Bankruptcy Department

**Who incurred the debt?** Check one.

☑ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☑ No

☐ Yes

**Last 4 digits of account number** ___ ___ ___ ___

**When was the debt incurred?** 08/14/2019

$ 95,000.00

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify Rent

---

| 4.2 | Afford-A-Bail |
|---|---|

Nonpriority Creditor's Name

450 Church Street
Number   Street

Hartford      CT      06103
City      State      ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☑ No

☐ Yes

**Last 4 digits of account number** ___ ___ ___ ___

**When was the debt incurred?** 07/23/2019

$ 4,645.00

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Other. Specify _____

---

| 4.3 | Bank of America, N.A.  Attn: Bankruptcy Department |
|---|---|

Nonpriority Creditor's Name

PO Box 15102
Number   Street

Wilmington      DE      19886
City      State      ZIP Code

888-800-9412

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☐ No

☐ Yes

**Last 4 digits of account number** 0 2 9 4

**When was the debt incurred?** 11/20/2017

$ 71,540.23

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Other. Specify _____

---

Debtor 1    John A Sakon    Case number (if known) 19-21619
         First Name    Middle Name    Last Name

**Part 2:    Your NONPRIORITY Unsecured Claims – Continuation Page**

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.                                    **Total claim**

**4.4**

Bank of America, N.A.  Attn: Bankruptcy Department          Last 4 digits of account number  2  7  8  5          $ 31,255.54
Nonpriority Creditor's Name
PO Box 15102                                                When was the debt incurred?   01/23/2018
Number      Street
Wilmington                          DE      19886          As of the date you file, the claim is: Check all that apply.
City                                State   ZIP Code
      888-800-9412                                         ❑ Contingent
                                                           ❑ Unliquidated
Who incurred the debt? Check one.                          ❑ Disputed

☑ Debtor 1 only
❑ Debtor 2 only                                            Type of **NONPRIORITY** unsecured claim:
❑ Debtor 1 and Debtor 2 only
❑ At least one of the debtors and another                  ❑ Student loans
                                                           ❑ Obligations arising out of a separation agreement or divorce that
❑ Check if this claim is for a community debt                 you did not report as priority claims
                                                           ❑ Debts to pension or profit-sharing plans, and other similar debts
Is the claim subject to offset?                            ☑ Other. Specify  Credit Card
☑ No
❑ Yes

**4.5**

Bank of America, N.A.  Attn: Bankruptcy Department          Last 4 digits of account number  2  7  8  5          $ 1,068.23
Nonpriority Creditor's Name
PO Box 15102                                                When was the debt incurred?   01/22/2018
Number      Street
Wilmington                          DE      19886          As of the date you file, the claim is: Check all that apply.
City                                State   ZIP Code
                                                           ❑ Contingent
                                                           ❑ Unliquidated
Who incurred the debt? Check one.                          ❑ Disputed

☑ Debtor 1 only
❑ Debtor 2 only                                            Type of **NONPRIORITY** unsecured claim:
❑ Debtor 1 and Debtor 2 only
❑ At least one of the debtors and another                  ❑ Student loans
                                                           ❑ Obligations arising out of a separation agreement or divorce that
❑ Check if this claim is for a community debt                 you did not report as priority claims
                                                           ❑ Debts to pension or profit-sharing plans, and other similar debts
Is the claim subject to offset?                            ☑ Other. Specify  Credit Card
☑ No
❑ Yes

**4.6**

Best Buy Visa Card - Citibank, N.A.                        Last 4 digits of account number  8  8  4  4          $ 1,699.15
Nonpriority Creditor's Name
Credit Control, LLC PO Box 31179                           When was the debt incurred?   02/09/2018
Number      Street
Tampa                               FL      33631          As of the date you file, the claim is: Check all that apply.
City                                State   ZIP Code
                                                           ❑ Contingent
                                                           ❑ Unliquidated
Who incurred the debt? Check one.                          ❑ Disputed

☑ Debtor 1 only
❑ Debtor 2 only                                            Type of **NONPRIORITY** unsecured claim:
❑ Debtor 1 and Debtor 2 only
❑ At least one of the debtors and another                  ❑ Student loans
                                                           ❑ Obligations arising out of a separation agreement or divorce that
❑ Check if this claim is for a community debt                 you did not report as priority claims
                                                           ❑ Debts to pension or profit-sharing plans, and other similar debts
Is the claim subject to offset?                            ☑ Other. Specify  Credit Card
☑ No
❑ Yes

Debtor 1   John A Sakon

First Name   Middle Name   Last Name

Case number *(if known)* 19-21619

### Part 2:   Your NONPRIORITY Unsecured Claims — Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.

Total claim

**4.7**

LL Bean Visa Card Barclaycard

Nonpriority Creditor's Name

Phillips & Cohen Associates, Ltd. 1002 Justison Street

Number      Street

Wilmington, DE 19801

City                         State          ZIP Code

**Who incurred the debt?** Check one.

X Debtor 1 only

❏ Debtor 2 only

❏ Debtor 1 and Debtor 2 only

❏ At least one of the debtors and another

❏ Check if this claim is for a community debt

Is the claim subject to offset?

X No

❏ Yes

Last 4 digits of account number   6530 ___ ___

When was the debt incurred?   01/07/2018

As of the date you file, the claim is: Check all that apply.

❏ Contingent

❏ Unliquidated

❏ Disputed

Type of **NONPRIORITY** unsecured claim:

❏ Student loans

❏ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

❏ Debts to pension or profit-sharing plans, and other similar debts

X Other. Specify___ Credit Card _____

$ 4212.14

---

**4.8**

Best Buy Visa Card      C/o Credit Control, LLC

Nonpriority Creditor's Name

PO Box 31179

Number      Street

Tampa, FL 33631-3179

City                         State          ZIP Code

**Who incurred the debt?** Check one.

X Debtor 1 only

❏ Debtor 2 only

❏ Debtor 1 and Debtor 2 only

❏ At least one of the debtors and another

❏ Check if this claim is for a community debt

Is the claim subject to offset?

X No

❏ Yes

Last 4 digits of account number   8844 ___ ___

When was the debt incurred?   11/20/2018

As of the date you file, the claim is: Check all that apply.

❏ Contingent

❏ Unliquidated

❏ Disputed

Type of **NONPRIORITY** unsecured claim:

❏ Student loans

❏ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

❏ Debts to pension or profit-sharing plans, and other similar debts

X Other. Specify__ Credit Card _____

$ 1699.15

---

**4.9**

Cabela's Club Visa

Nonpriority Creditor's Name

PO Box 82519

Number      Street

Lincoln, NE 68501

City                         State          ZIP Code

**Who incurred the debt?** Check one.

X Debtor 1 only

❏ Debtor 2 only

❏ Debtor 1 and Debtor 2 only

❏ At least one of the debtors and another

❏ Check if this claim is for a community debt

Is the claim subject to offset?

X No

❏ Yes

Last 4 digits of account number   8149 ___ ___

When was the debt incurred?   10/17/2017

As of the date you file, the claim is: Check all that apply.

❏ Contingent

❏ Unliquidated

❏ Disputed

Type of **NONPRIORITY** unsecured claim:

❏ Student loans

❏ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

❏ Debts to pension or profit-sharing plans, and other similar debts

X Other. Specify___ Credit Card _____

$ 7198.43

---

Debtor 1   John A Sakon
_____   _____   _____
First Name   Middle Name   Last Name

Case number (if known) 19-21619

## Part 2:   Your NONPRIORITY Unsecured Claims — Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.

**Total claim**

### 4.10

Capital Bail Bond
_____
Nonpriority Creditor's Name

Butler Norris & Gold; 254 Prospect Avenue
_____
Number   Street

Hartford, CT 06106
_____
City   State   ZIP Code

**Who incurred the debt?** Check one.

X Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

X No
☐ Yes

Last 4 digits of account number __ __ __ __

When was the debt incurred?   06/29/2019

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of **NONPRIORITY** unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
X Other. Specify__ Services _____

$ 10000

### 4.11

Citizens Bank C/o MRS BOP, LLC
_____
Nonpriority Creditor's Name

1930 Olney Avenue
_____
Number   Street

Cherry Hill, NJ 06003
_____
City   State   ZIP Code

**Who incurred the debt?** Check one.

X Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

X No
☐ Yes

Last 4 digits of account number __ 9859 __ __

When was the debt incurred?   01/27/2017

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of **NONPRIORITY** unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
X Other. Specify__ Line of Credit _____

$ 4884.05

### 4.12

Chase
_____
Nonpriority Creditor's Name

Card Services PO Box 6294
_____
Number   Street

Carol Stream, IL 60197-6294
_____
City   State   ZIP Code

**Who incurred the debt?** Check one.

X Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

X No
☐ Yes

Last 4 digits of account number __ 0657 __ __

When was the debt incurred?   01/2018 _

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of **NONPRIORITY** unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
X Other. Specify__ Credit Card _____

$ 5650.90 _

Debtor 1     John A Sakon
             First Name      Middle Name      Last Name                    Case number (if known) 19-21619

### Part 2:     Your NONPRIORITY Unsecured Claims – Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.                     Total claim

---

**4.13**

Chase                                                        Last 4 digits of account number _2025_ ___ __        $ 15470.34
Nonpriority Creditor's Name
Card Services PO Box 6294                                    When was the debt incurred?    01/2018 __
Number      Street
Carol Stream, IL 60197-6294                                 As of the date you file, the claim is: Check all that apply.
City                         State      ZIP Code
                                                            ❑ Contingent
                                                            ❑ Unliquidated
Who incurred the debt? Check one.                           ❑ Disputed

X Debtor 1 only
❑ Debtor 2 only                                             Type of **NONPRIORITY** unsecured claim:
❑ Debtor 1 and Debtor 2 only
❑ At least one of the debtors and another                  ❑ Student loans
                                                            ❑ Obligations arising out of a separation agreement or divorce that
❑ Check if this claim is for a community debt                  you did not report as priority claims
                                                            ❑ Debts to pension or profit-sharing plans, and other similar debts
Is the claim subject to offset?                             X Other. Specify____ Credit Card _____
X No
❑ Yes

---

**4.14**

Chase                                                        Last 4 digits of account number _ 9294_ ___ __       $ 5488.27 _
Nonpriority Creditor's Name
Card Services PO Box 6294                                    When was the debt incurred?    01/2018
Number      Street
_ Carol Stream, IL 60197-6294                               As of the date you file, the claim is: Check all that apply.
City                         State      ZIP Code
                                                            ❑ Contingent
                                                            ❑ Unliquidated
Who incurred the debt? Check one.                           ❑ Disputed

X Debtor 1 only
❑ Debtor 2 only                                             Type of **NONPRIORITY** unsecured claim:
❑ Debtor 1 and Debtor 2 only
❑ At least one of the debtors and another                  ❑ Student loans
                                                            ❑ Obligations arising out of a separation agreement or divorce that
❑ Check if this claim is for a community debt                  you did not report as priority claims
                                                            ❑ Debts to pension or profit-sharing plans, and other similar debts
Is the claim subject to offset?                             X Other. Specify_ Credit Card _____
X No
❑ Yes

---

**4.15**

_ Halloran & Sage, LLP                                       Last 4 digits of account number ___ __ __ __        $ 27205.50
Nonpriority Creditor's Name
_ 225 Asylum Street                                          When was the debt incurred?    08/2019 __
Number      Street
Hartford, CT 06103                                          As of the date you file, the claim is: Check all that apply.
City                         State      ZIP Code
                                                            ❑ Contingent
                                                            ❑ Unliquidated
Who incurred the debt? Check one.                           X Disputed

X Debtor 1 only
❑ Debtor 2 only                                             Type of **NONPRIORITY** unsecured claim:
❑ Debtor 1 and Debtor 2 only
❑ At least one of the debtors and another                  ❑ Student loans
                                                            ❑ Obligations arising out of a separation agreement or divorce that
❑ Check if this claim is for a community debt                  you did not report as priority claims
                                                            ❑ Debts to pension or profit-sharing plans, and other similar debts
Is the claim subject to offset?                             X Other. Specify_ Claim for Legal Fees in Forclosure
X No
❑ Yes

---

Debtor 1    John A Sakon
            First Name    Middle Name    Last Name

Case number _____ 19-21619

<table>
<tr><td colspan="2"><strong>Part 2:</strong>    <strong>Your NONPRIORITY Unsecured Claims — Continuation Page</strong></td></tr>
</table>

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.          Total claim

---

**4.16**    Mickelson, Jacobs and Bozek, LLC

Name                                                              Last 4 digits of account number ___ ___ ___ ___          $ 22286.42

c/o Berman, Mickelson Dembo & Jacobs, LLC                        When was the debt incurred?    2017

Number    Street                                                 As of the date you file, the claim is: Check all that apply.
644 Farmington Ave. West Hartford, CT 06105
City                              State       ZIP Code           ❑ Contingent
                                                                 ❑ Unliquidated
Who incurred the debt? Check one.                                X  Disputed

X  Debtor 1 only
❑ Debtor 2 only                                                  Type of NONPRIORITY unsecured claim:
❑ Debtor 1 and Debtor 2 only
❑ At least one of the debtors and another                        ❑ Student loans
                                                                 ❑ Obligations arising out of a separation agreement or divorce that
❑ Check if this claim is for a community debt                      you did not report as priority claims
                                                                 ❑ Debts to pension or profit-sharing plans, and other similar debts
Is the claim subject to offset?                                  X  Other. Specify_ GAL Fees in Dispute _____
❑ No
X  Yes

---

**4.17**    The Metropolitan District Comm.
Creditor's Name                                                  Last 4 digits of account number ___ ___ ___ ___          $ 5313.18
555 Main Street
Number    Street                                                 When was the debt incurred?    2013-2015
· PO Box 800
                                                                 As of the date you file, the claim is: Check all that apply.
: Hartford              CT    06142    ZIP Code
                                                                 ❑ Contingent
                                                                 ❑ Unliquidated
Who incurred the debt? Check one.                                X❘ Disputed

X  Debtor 1 only
❑ Debtor 2 only                                                  Type of NONPRIORITY unsecured claim:
❑ Debtor 1 and Debtor 2 only
❑ At least one of the debtors and another                        ❑ Student loans
                                                                 ❑ Obligations arising out of a separation agreement or divorce that
❑ Check if this claim is for a community debt                      you did not report as priority claims
                                                                 ❑ Debts to pension or profit-sharing plans, and other similar debts
Is the claim subject to offset?                                  X  Other. Specify_ Claim for Water Services _
X❘ No                                                                              which were disconnected
❑ Yes

---

**4.18**    LL Bean Visa Card Barclaycard
Creditor's Name                                                  Last 4 digits of account number _ 6530 __ __          $ 4212.14
Phillips & Cohen Associates, Ltd.
Number    Street                                                 When was the debt incurred?    2018
1002 Justison Street
                                                                 As of the date you file, the claim is: Check all that apply.
Wilmington              DE    19801    ZIP Code
City                    State    ZIP Code                        ❑ Contingent
                                                                 ❑ Unliquidated
Who incurred the debt? Check one.                                ❑ Disputed

X  Debtor 1 only
❑ Debtor 2 only                                                  Type of NONPRIORITY unsecured claim:
❑ Debtor 1 and Debtor 2 only
❑ At least one of the debtors and another                        ❑ Student loans
                                                                 ❑ Obligations arising out of a separation agreement or divorce that
❑ Check if this claim is for a community debt                      you did not report as priority claims
                                                                 ❑ Debts to pension or profit-sharing plans, and other similar debts
Is the claim subject to offset?                                  X  Other. Specify_____
X❘ No
❑ Yes

---

Debtor 1  John A. Sakon
First Name   Middle Name   Last Name

Case number (if known) 19-21619

## Part 2:   Your NONPRIORITY Unsecured Claims — Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.

Total claim

### 4.19  PayPal Credit
Creditor's Name

PO Box 105658
Number    Street

Atlanta                    GA    30348    ZIP Code

**Who incurred the debt?** Check one.

X Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

X No
☐ Yes

Last 4 digits of account number __ 9972 __ __    $ 2911.84

When was the debt incurred?    2018

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of **NONPRIORITY** unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
X Other. Specify_____

### 4.20  Red Door Construction
Creditor's Name

PO Box 341
Number    Street

Simsbury                  CT    06070    ZIP Code

**Who incurred the debt?** Check one.

X Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

X No
☐ Yes

Last 4 digits of account number __ __ __ __    $ 16530.00

When was the debt incurred?    2016

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of **NONPRIORITY** unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
X Other. Specify_ Construction Services ____

### 4.21
Shipman & Goodwin
Creditor's Name

One Constitution Plaza
Number    Street

Hartford                  CT    06103    ZIP Code
         State    ZIP Code

**Who incurred the debt?** Check one.

[X Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

X No
☐ Yes

Last 4 digits of account number __ __ __ __    $ 140479.43

When was the debt incurred?    2016-2019

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
X Disputed

Type of **NONPRIORITY** unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
X Other. Specify_ Legal Fees claimed in Tax Foreclosure of
                 $158,846.64 of debt

Debtor 1    John A Sakon
            First Name    Middle Name    Last Name

Case number *(if known)* 19-21619

### Part 2:    Your NONPRIORITY Unsecured Claims — Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.

Total claim

**4.22**   Santander
           Creditor's Name
           PO Box 16255
           Number        Street

Reading          PA    19612    ZIP Code

Who incurred the debt? Check one.

X Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

Is the claim subject to offset?

X No
☐ Yes

Last 4 digits of account number   5547  __  __  __          $ 14,750.21

When was the debt incurred?   2016-2017

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of **NONPRIORITY** unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that
   you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
X Other. Specify__ Credit Card _____

---

**4.23**   Superior Products Distributors Inc.
           Creditor's Name
           1403 Meriden-Waterbury Road
           Number        Street

Milldale          CT    06467    ZIP Code
City              State  ZIP Code

Who incurred the debt? Check one.

X Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

Is the claim subject to offset?

X No
☐ Yes

Last 4 digits of account number  __  __  __  __          $ 21,308.65

When was the debt incurred?   07/2016

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
X Disputed

Type of **NONPRIORITY** unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that
   you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
X Other. Specify__ Construction Materials and Legal Fees

---

**4.24**   Lumber Liquidators  Synchrony Bank
           Creditor's Name
           Midland Funding LLC
           PO Box 2001

Warren          MI    48090    ZIP Code

Who incurred the debt? Check one.

X Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

Is the claim subject to offset?

X No
☐ Yes

Last 4 digits of account number   9559  __  __          $ 1582.60

When was the debt incurred?   2016

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of **NONPRIORITY** unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that
   you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
X Other. Specify___ Credit Card _____

Debtor 1    John A Sakon
            First Name    Middle Name    Last Name

Case number (if known) 19-21619

## Part 2:    Your NONPRIORITY Unsecured Claims – Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.

Total claim

### 4.25

Eversource
Nonpriority Creditor's Name

PO Box 650032
Number      Street

Dallas, TX 75265-0032
City                          State      ZIP Code

**Who incurred the debt?** Check one.

X Debtor 1 only
❑ Debtor 2 only
❑ Debtor 1 and Debtor 2 only
❑ At least one of the debtors and another

❑ Check if this claim is for a community debt

**Is the claim subject to offset?**

X No
❑ Yes

Last 4 digits of account number _3052_ ___ ___          $ 733.77

**When was the debt incurred?**    9/10/2017

**As of the date you file, the claim is:** Check all that apply.

❑ Contingent
❑ Unliquidated
❑ Disputed

Type of **NONPRIORITY** unsecured claim:

❑ Student loans
❑ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
❑ Debts to pension or profit-sharing plans, and other similar debts
X Other. Specify____ Utilities

### 4.26

Eversource
Nonpriority Creditor's Name

PO Box 650032
Number      Street

Dallas, TX 75265-0032
City                          State      ZIP Code

**Who incurred the debt?** Check one.

X Debtor 1 only
❑ Debtor 2 only
❑ Debtor 1 and Debtor 2 only
❑ At least one of the debtors and another

❑ Check if this claim is for a community debt

**Is the claim subject to offset?**

X No
❑ Yes

Last 4 digits of account number _2029_ ___ ___          $ 729.06

**When was the debt incurred?**    9/10/2019

**As of the date you file, the claim is:** Check all that apply.

❑ Contingent
❑ Unliquidated
❑ Disputed

Type of **NONPRIORITY** unsecured claim:

❑ Student loans
❑ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
❑ Debts to pension or profit-sharing plans, and other similar debts
X Other. Specify____ Utilties

### 4.27

Connecticut Natural Gas Corporation
Nonpriority Creditor's Name

PO Box 9245
Number      Street

Chelsea MA 02150-9245
City                          State      ZIP Code

**Who incurred the debt?** Check one.

❑ Debtor 1 only
❑ Debtor 2 only
❑ Debtor 1 and Debtor 2 only
X At least one of the debtors and another

❑ Check if this claim is for a community debt

**Is the claim subject to offset?**

X No
❑ Yes

Last 4 digits of account number _5750_ ___ ___          $ 219.63

**When was the debt incurred?**    5/11/2017

**As of the date you file, the claim is:** Check all that apply.

❑ Contingent
❑ Unliquidated
❑ Disputed

Type of **NONPRIORITY** unsecured claim:

❑ Student loans
❑ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
❑ Debts to pension or profit-sharing plans, and other similar debts
X Other. Specify____ Utilities

Debtor 1    John A Sakon
            First Name    Middle Name    Last Name                    Case number (if known)  19-21619

## Part 2:    Your NONPRIORITY Unsecured Claims -- Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.                    Total claim

**4.28**

Connecticut Natural Gas Corporation                    Last 4 digits of account number  7797  __  __          $ 382.82
Nonpriority Creditor's Name
PO Box 9245                                             When was the debt incurred?   07/01/2019
Number    Street
Chelsea, MA 02150-9245                                 As of the date you file, the claim is: Check all that apply.
City                        State    ZIP Code
                                                       ☐ Contingent
                                                       ☐ Unliquidated
Who incurred the debt? Check one.                      ☐ Disputed

☐ Debtor 1 only
☐ Debtor 2 only                                        Type of NONPRIORITY unsecured claim:
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another              ☐ Student loans
                                                       ☐ Obligations arising out of a separation agreement or divorce that
☐ Check if this claim is for a community debt            you did not report as priority claims
                                                       ☐ Debts to pension or profit-sharing plans, and other similar debts
Is the claim subject to offset?                        ☐ Other. Specify_____

☐ No
☐ Yes

**4.29**

Town of Glastonbury                                    Last 4 digits of account number  3203  __  __          $ 2262.73
Nonpriority Creditor's Name
PO Box 376                                              When was the debt incurred?   11/01/2018
Number    Street
Glastonbury, CT 06033-0376                             As of the date you file, the claim is: Check all that apply.
City                        State    ZIP Code
                                                       ☐ Contingent
                                                       ☐ Unliquidated
Who incurred the debt? Check one.                      X Disputed

X Debtor 1 only
☐ Debtor 2 only                                        Type of NONPRIORITY unsecured claim:
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another              ☐ Student loans
                                                       ☐ Obligations arising out of a separation agreement or divorce that
☐ Check if this claim is for a community debt            you did not report as priority claims
                                                       ☐ Debts to pension or profit-sharing plans, and other similar debts
Is the claim subject to offset?                        X Other. Specify__ Sewer Use Charge
                                                                      for disconnected building
X No
☐ Yes

**4.30**

Frontier Communications                                Last 4 digits of account number  2116-5  __  __        $ 221.64
Nonpriority Creditor's Name
PO Box 740407                                          When was the debt incurred?   01/23/2017
Number    Street
Cincinnati OH 45274-0407                               As of the date you file, the claim is: Check all that apply.
City                        State    ZIP Code
                                                       ☐ Contingent
                                                       ☐ Unliquidated
Who incurred the debt? Check one.                      ☐ Disputed

X Debtor 1 only
☐ Debtor 2 only                                        Type of NONPRIORITY unsecured claim:
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another              ☐ Student loans
                                                       ☐ Obligations arising out of a separation agreement or divorce that
☐ Check if this claim is for a community debt            you did not report as priority claims
                                                       ☐ Debts to pension or profit-sharing plans, and other similar debts
Is the claim subject to offset?                        IX Other. Specify_____ Utilties _____
X No
☐ Yes

Debtor 1    John A Sakon
            First Name    Middle Name    Last Name

Case number (if known) 19-21619

### Part 2:    Your NONPRIORITY Unsecured Claims -- Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.

Total claim

**4.31**

Kohl's
Nonpriority Creditor's Name

PO Box 2983
Number    Street

Milwaukee, WI 53201-2983
City                    State    ZIP Code

**Who incurred the debt?** Check one.

X | Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

X No
☐ Yes

Last 4 digits of account number  6074  __ __

When was the debt incurred?    01/07/2018

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of **NONPRIORITY** unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
X Other. Specify__ Credit Card _____

$ 585.87 __

**4.32**

TD Bank
Nonpriority Creditor's Name

PO Box 1377
Number    Street

Lewiston, Maine 04243-1377
City                    State    ZIP Code

**Who incurred the debt?** Check one.

| X Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

X No
☐ Yes

Last 4 digits of account number  5377  __ __

When was the debt incurred?    02/17/2019

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
X Disputed

Type of **NONPRIORITY** unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
X Other. Specify___ Bank Fees _____

$ 464.91 __

Nonpriority Creditor's Name

Number    Street

City                    State    ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☐ No
☐ Yes

Last 4 digits of account number  __ __ __ __

When was the debt incurred?    _____

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of **NONPRIORITY** unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify_____

$_____

## Part 3: List Others to Be Notified About a Debt That You Already Listed

5. Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.

| Name | |
| --- | --- |
| Number | Street |
| City | State ZIP Code |

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims
☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number ___ ___ ___ ___

| Name | |
| --- | --- |
| Number | Street |
| City | State ZIP Code |

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims
☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number ___ ___ ___ ___

| Name | |
| --- | --- |
| Number | Street |
| City | State ZIP Code |

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims
☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number ___ ___ ___ ___

| Name | |
| --- | --- |
| Number | Street |
| City | State ZIP Code |

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims
☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number ___ ___ ___ ___

| Name | |
| --- | --- |
| Number | Street |
| City | State ZIP Code |

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims
☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number ___ ___ ___ ___

| Name | |
| --- | --- |
| Number | Street |
| City | State ZIP Code |

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims
☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number ___ ___ ___ ___

| Name | |
| --- | --- |
| Number | Street |
| City | State ZIP Code |

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims
☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number ___ ___ ___ ___

Debtor 1   __John A Sakon__
           First Name   Middle Name   Last Name

Case number (if known) __19-21619__

## Part 4:   Add the Amounts for Each Type of Unsecured Claim

6. Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. § 159.
   Add the amounts for each type of unsecured claim.

**Total claim**

| | | |
|---|---|---|
| Total claims from Part 1 | 6a. Domestic support obligations | 6a. $ 4,686.00 |
| | 6b. Taxes and certain other debts you owe the government | 6b. $ 0.00 |
| | 6c. Claims for death or personal injury while you were intoxicated | 6c. $ 0.00 |
| | 6d. Other. Add all other priority unsecured claims. Write that amount here. | 6d. + $ 0.00 |
| | 6e. Total. Add lines 6a through 6d. | 6e. $ 4,686.00 |

**Total claim**

| | | |
|---|---|---|
| Total claims from Part 2 | 6f. Student loans | 6f. $ 0.00 |
| | 6g. Obligations arising out of a separation agreement or divorce that you did not report as priority claims | 6g. $ 0.00 |
| | 6h. Debts to pension or profit-sharing plans, and other similar debts | 6h. $ 0.00 |
| | 6i. Other. Add all other nonpriority unsecured claims. Write that amount here. | 6i. + $ 521,991.83 |
| | 6j. Total. Add lines 6f through 6i. | 6j. $ 526,677.83 |

Fill in this information to identify your case:

| Debtor | John A Sakon | | |
|---|---|---|---|
| | First Name | Middle Name | Last Name |

| Debtor 2 | | | |
|---|---|---|---|
| (Spouse if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: District of Connecticut

Case number    19-21619
(if known)

☐ Check if this is an
amended filing

## Official Form 106G

# Schedule G: Executory Contracts and Unexpired Leases     12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).

1. **Do you have any executory contracts or unexpired leases?**

    ☐ No. Check this box and file this form with the court with your other schedules. You have nothing else to report on this form.

    ☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Property* (Official Form 106A/B).

2. **List separately each person or company with whom you have the contract or lease. Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone).** See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

| | Person or company with whom you have the contract or lease | | | State what the contract or lease is for |
|---|---|---|---|---|

| 2.1 | A & F Main Street Associates, LLC | | | 98-year Land Lease on 2980 Main Street (Rear) |
|---|---|---|---|---|
| | Name | | | |
| | 4 Main Street | | | |
| | Number    Street | | | |
| | East Hartford | CT | 06118 | |
| | City | State | ZIP Code | |

| 2.2 | Roderick Raab | | | Lease with Option to Buy on 82 Folly Brook Lane, Manchester, CT 06040 |
|---|---|---|---|---|
| | Name | | | |
| | 7348 Somers Road | | | |
| | Number    Street | | | |
| | Philadelphia | PA | 19138 | |
| | City | State | ZIP Code | |

| 2.3 | | | |
|---|---|---|---|
| | Name | | |
| | | | |
| | Number    Street | | |
| | | | |
| | City | State | ZIP Code |

| 2.4 | | | |
|---|---|---|---|
| | Name | | |
| | | | |
| | Number    Street | | |
| | | | |
| | City | State | ZIP Code |

| 2.5 | | | |
|---|---|---|---|
| | Name | | |
| | | | |
| | Number    Street | | |
| | | | |
| | City | State | ZIP Code |

Fill in this information to identify your case:

Debtor 1 __John A Sakon__
　　　　　 First Name　　　　　　Middle Name　　　　　　Last Name

Debtor 2 _____
(Spouse if filing)  First Name　　　Middle Name　　　　　Last Name

United States Bankruptcy Court for the: District of Connecticut

Case number __19-21619__
(If known)

☐ Check if this is an amended filing

## Official Form 106H

# Schedule H: Your Codebtors

12/15

Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.

1. **Do you have any codebtors?** (If you are filing a joint case, do not list either spouse as a codebtor.)

　☑ No

　☐ Yes

2. **Within the last 8 years, have you lived in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

　☑ No. Go to line 3.

　☐ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?

　　☐ No

　　☐ Yes. In which community state or territory did you live? _____. Fill in the name and current address of that person.

　　_____
　　Name of your spouse, former spouse, or legal equivalent

　　_____
　　Number　　　Street

　　_____
　　City　　　　　　　　　　State　　　　　　　ZIP Code

3. **In Column 1, list all of your codebtors. Do not include your spouse as a codebtor if your spouse is filing with you. List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on** *Schedule D* **(Official Form 106D),** *Schedule E/F* **(Official Form 106E/F), or** *Schedule G* **(Official Form 106G). Use** *Schedule D, Schedule E/F, or Schedule G* **to fill out Column 2.**

*Column 1:* Your codebtor

*Column 2:* The creditor to whom you owe the debt

Check all schedules that apply:

**3.1**
Name _____
Number　　Street _____
City _____ State _____ ZIP Code _____

　☐ Schedule D, line _____
　☐ Schedule E/F, line _____
　☐ Schedule G, line _____

**3.2**
Name _____
Number　　Street _____
City _____ State _____ ZIP Code _____

　☐ Schedule D, line _____
　☐ Schedule E/F, line _____
　☐ Schedule G, line _____

**3.3**
Name  . _____
Number　　Street _____
City _____ State _____ ZIP Code _____

　☐ Schedule D, line _____
　☐ Schedule E/F, line _____
　☐ Schedule G, line _____

Fill in this information to identify your case:

| | | | |
|---|---|---|---|
| Debtor 1 | John A Sakon | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: District of Connecticut

| Case number | 19-21619 |
|---|---|
| (if known) | |

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13 income as of the following date:

_____
MM / DD / YYYY

Official Form 106I

# Schedule I: Your Income

**12/15**

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

| Part 1: | Describe Employment |
|---|---|

**1. Fill in your employment information.**

If you have more than one job, attach a separate page with information about additional employers.

Include part-time, seasonal, or self-employed work.

Occupation may include student or homemaker, if it applies.

| | **Debtor 1** | **Debtor 2 or non-filing spouse** |
|---|---|---|
| **Employment status** | ☐ Employed<br>☑ Not employed | ☐ Employed<br>☐ Not employed |
| **Occupation** | _____ | _____ |
| **Employer's name** | _____ | _____ |
| **Employer's address** | _____<br>Number   Street | _____<br>Number   Street |
| | _____<br>City       State   ZIP Code | _____<br>City       State   ZIP Code |
| **How long employed there?** | _____ | _____ |

| Part 2: | Give Details About Monthly Income |
|---|---|

**Estimate monthly income as of the date you file this form.** If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 2. | **List monthly gross wages, salary, and commissions** (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. $_____ 0.00 | $_____ |
| 3. | **Estimate and list monthly overtime pay.** | 3. +$_____ 0.00 | +$_____ |
| 4. | **Calculate gross income.** Add line 2 + line 3. | 4. $_____ 0.00 | $_____ |

Debtor 1 __John A Sakon_____      Case number (if known) __19-21619_____
First Name   Middle Name   Last Name

|  |  |  | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| Copy line 4 here | → 4. | | $ 0.00 | $ |

5. **List all payroll deductions:**

| | | | | |
|---|---|---|---|---|
| 5a. Tax, Medicare, and Social Security deductions | 5a. | | $ 0.00 | $ |
| 5b. Mandatory contributions for retirement plans | 5b. | | $ 0.00 | $ |
| 5c. Voluntary contributions for retirement plans | 5c. | | $ 0.00 | $ |
| 5d. Required repayments of retirement fund loans | 5d. | | $ 0.00 | $ |
| 5e. Insurance | 5e. | | $ 0.00 | $ |
| 5f. Domestic support obligations | 5f. | | $ 0.00 | $ |
| 5g. Union dues | 5g. | | $ 0.00 | $ |
| 5h. Other deductions. Specify: _____ | 5h. | + $ 0.00 | + $ |

6. **Add the payroll deductions.** Add lines 5a + 5b + 5c + 5d + 5e +5f + 5g + 5h. 6.   $ 0.00   $

7. **Calculate total monthly take-home pay.** Subtract line 6 from line 4.   7.   $ 0.00   $

8. **List all other income regularly received:**

8a. **Net income from rental property and from operating a business, profession, or farm**
Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income.   8a.   $ 0.00   $

8b. **Interest and dividends**   8b.   $ 0.00   $

8c. **Family support payments that you, a non-filing spouse, or a dependent regularly receive**
Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement.   8c.   $ 0.00   $

8d. **Unemployment compensation**   8d.   $ 0.00   $

8e. **Social Security**   8e.   $ 915.00   $

8f. **Other government assistance that you regularly receive**
Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies.
Specify: _____   8f.   $ 195.00   $

8g. **Pension or retirement income**   8g.   $ 0.00   $

8h. **Other monthly income. Specify:** _____   8h.   + $ 0.00   + $

9. **Add all other income.** Add lines 8a + 8b + 8c + 8d + 8e + 8f +8g + 8h.   9.   $ 1,100.00   $

10. **Calculate monthly income.** Add line 7 + line 9.
Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse.   10.   $ 1,100.00   +   $   =   $ 1,100.00

11. **State all other regular contributions to the expenses that you list in *Schedule J.***
Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.
Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J.*
Specify: _____   11. + $ 0.00

12. **Add the amount in the last column of line 10 to the amount in line 11. The result is the combined monthly income.**
Write that amount on the *Summary of Your Assets and Liabilities and Certain Statistical Information,* if it applies   12.   $ 1,100.00
**Combined monthly income**

13. **Do you expect an increase or decrease within the year after you file this form?**
☐ No.
☑ Yes. Explain: | The debtor is looking for a job, will return to work, and is a Wharton Graduate with signif. income potential |

Official Form 106I   **Schedule I: Your Income**   page 2

<table>
<tr><td colspan="4"><b>Fill in this information to identify your case:</b></td></tr>
<tr><td>Debtor 1</td><td colspan="3">John A Sakon</td></tr>
<tr><td></td><td>First Name</td><td>Middle Name</td><td>Last Name</td></tr>
<tr><td>Debtor 2<br>(Spouse, if filing)</td><td>First Name</td><td>Middle Name</td><td>Last Name</td></tr>
<tr><td colspan="4">United States Bankruptcy Court for the: District of Connecticut</td></tr>
<tr><td>Case number<br>(If known)</td><td colspan="3">19-21619</td></tr>
</table>

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13
expenses as of the following date:

_____
MM / DD / YYYY

## Official Form 106J

# Schedule J: Your Expenses

12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:   Describe Your Household

1.  **Is this a joint case?**

☑ No. Go to line 2.
☐ Yes. Does Debtor 2 live in a separate household?

☐ No
☐ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household of Debtor 2.*

2.  **Do you have dependents?**

Do not list Debtor 1 and Debtor 2.

Do not state the dependents' names.

☐ No
☑ Yes. Fill out this information for each dependent........................

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| Son | 8 | ☑ No  ☐ Yes |
|  |  | ☐ No  ☐ Yes |
|  |  | ☐ No  ☐ Yes |
|  |  | ☐ No  ☐ Yes |
|  |  | ☐ No  ☐ Yes |

3.  **Do your expenses include expenses of people other than yourself and your dependents?**

☑ No
☐ Yes

### Part 2:   Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)

**Your expenses**

4.  The rental or home ownership expenses for your residence. Include first mortgage payments and any rent for the ground or lot.  **4.**  $ 1,800.00

If not included in line 4:

4a.  Real estate taxes  **4a.**  $ _____

4b.  Property, homeowner's, or renter's insurance  **4b.**  $ 20.00

4c.  Home maintenance, repair, and upkeep expenses  **4c.**  $ 50.00

4d.  Homeowner's association or condominium dues  **4d.**  $ 0.00

Debtor 1   **John A Sakon**                         Case number *(if known)* **19-21619**
           First Name     Middle Name     Last Name

|  |  | Your expenses |
|---|---|---|
| 5. **Additional mortgage payments for your residence**, such as home equity loans | 5. | $ 0.00 |
| 6. **Utilities:** | | |
| 6a.   Electricity, heat, natural gas | 6a. | $ 275.00 |
| 6b.   Water, sewer, garbage collection | 6b. | $ 20.00 |
| 6c.   Telephone, cell phone, Internet, satellite, and cable services | 6c. | $ 130.00 |
| 6d.   Other. Specify: _____ | 6d. | $ |
| 7. **Food and housekeeping supplies** | 7. | $ 300.00 |
| 8. **Childcare and children's education costs** | 8. | $ 0.00 |
| 9. **Clothing, laundry, and dry cleaning** | 9. | $ 0.00 |
| 10. **Personal care products and services** | 10. | $ 50.00 |
| 11. **Medical and dental expenses** | 11. | $ 10.00 |
| 12. **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments. | 12. | $ 600.00 |
| 13. **Entertainment, clubs, recreation, newspapers, magazines, and books** | 13. | $ 200.00 |
| 14. **Charitable contributions and religious donations** | 14. | $ 0.00 |
| 15. **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20. | | |
| 15a.   Life insurance | 15a. | $ 0.00 |
| 15b.   Health insurance | 15b. | $ 0.00 |
| 15c.   Vehicle insurance | 15c. | $ 75.00 |
| 15d.   Other insurance. Specify: _____ | 15d. | $ |
| 16 **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: _____ | 16. | $ 0.00 |
| 17. **Installment or lease payments:** | | |
| 17a.   Car payments for Vehicle 1 | 17a. | $ 0.00 |
| 17b.   Car payments for Vehicle 2 | 17b. | $ 0.00 |
| 17c.   Other. Specify: _____ | 17c. | $ 0.00 |
| 17d.   Other. Specify: _____ | 17d. | $ 0.00 |
| 18. **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, *Schedule I, Your Income* (Official Form 106I).** Child Support Payments originate from Social Security Benefits | 18. | $ 0.00 |
| 19. **Other payments you make to support others who do not live with you.** Specify: Purchases for minor child | 19. | $ 100.00 |
| 20. **Other real property expenses not included in lines 4 or 5 of this form or on *Schedule I: Your Income.*** | | |
| 20a.   Mortgages on other property | 20a. | $ 0.00 |
| 20b.   Real estate taxes | 20b. | $ 0.00 |
| 20c.   Property, homeowner's, or renter's insurance | 20c. | $ 0.00 |
| 20d.   Maintenance, repair, and upkeep expenses | 20d. | $ 0.00 |
| 20e.   Homeowner's association or condominium dues | 20e. | $ 0.00 |

| Debtor 1 | John A Sakon | | | Case number (if known) 19-21619 |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

21. **Other.** Specify: _____      21. **+$** _____

22. **Calculate your monthly expenses.**

    22a. Add lines 4 through 21.      22a.  $      3,630.00

    22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2      22b.  $      0.00

    22c. Add line 22a and 22b. The result is your monthly expenses.      22c.  $      3,630.00

23. **Calculate your monthly net income.**

    23a. Copy line 12 (*your combined monthly income*) from *Schedule I*.      23a.  $      1,100.00

    23b. Copy your monthly expenses from line 22c above.      23b.  – $      3,630.00

    23c. Subtract your monthly expenses from your monthly income.
        The result is your *monthly net income.*      23c.  $      -2,530.00

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**

    For example, do you expect to finish paying for your car loan within the year or do you expect your
    mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

    ❏ No.

    ☑ Yes.    Explain here: The debtor plans on moving to less expensive housing. However,some unexpected repair
                          expenses may occur with older car.

              Debtor has one time payment due for Child Care of $4260

Fill in this information to identify your case:

Debtor 1     John A Saron
             First Name    Middle Name    Last Name

Debtor 2
(Spouse, if filing)  First Name    Middle Name    Last Name

United States Bankruptcy Court for the: Central District of Connecticut

Case number   19 - 21619
(If known)

☐ Check if this is an
   amended filing

## Official Form 106Dec

# Declaration About an Individual Debtor's Schedules

12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**Sign Below**     John Saron

Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?

☒ No

☐ Yes.   Name of person_____. Attach Bankruptcy Petition Preparer's Notice, Declaration, and
                                                  Signature (Official Form 119).

Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.

x   John Saron                    x _____
    Signature of Debtor 1            Signature of Debtor 2

Date  10/10/2019                  Date _____
      MM / DD / YYYY                    MM / DD / YYYY

**19-21619** John Alan Sakon
**Case type:** bk **Chapter:** 11 **Asset:** Yes **Vol:** v **Judge:** James J. Tancredi
**Date filed:** 09/19/2019 **Date of last filing:** 10/07/2019

# Creditors

**A&F Main Street Associates, LLC**
Attn: Loren J. Andreo
4 Main Street
East Hartford, CT 06118-3208

(9106202)
(cr)

**Afford-A-Bail**
c/o Wm. Munck
450 Church Street
Hartford, CT 06103

(9106224)
(cr)

**Bank of America, N.A.**
c/o Kimberly Peterson
Rubin & Rothman, LLC
1787 Veterans Highway
Islandia, NY 11749

(9106226)
(cr)

Bank of America, N.A. Attn: Bankruptcy Department
Bankruptcy Department Name
PO Box 15102
Number    Street
Wilmington              DE     19886

**Bank of America, N.A.**
Attn: President
PO Box 15026
Wilmington, DE 19850

(9106203)
(cr)

**Best Buy Visa Card**
Citibank, N.A.
Attn: President
PO Box 790441
St. Louis, MO 63179

(9106204)
(cr)

**Bozek, Margaret M.**
Mickelson, Jacobs and Bozek, LLC
~~433 South Main Street, Suite 323~~
~~West Hartford, CT 06110~~

(9106205)
(cr)
Mickelson, Jacobs and Bozek, LLC
c/o Berman, Mickelson Dembo & Jacobs, LLC
Number    Street
644 Farmington Ave. West Hartford, CT 06105

**Cabela's Club Visa**
Attn: President
PO Box 82519
Lincoln, NE 68501

(cr)

**Capital Bail Bond**
c/o Jeremy Donnelly
363 Capital Avenue
Hartford, CT 06106

(9106213)
(cr)

**Capital Bail Bond**
c/o Jeremy Donnelly, Esq.
Butler, Norris and Gold
254 Prospect Avenue
Hartford, CT 06106

(9106236)
(cr)

**Chase Bank**
Attn: President
PO Box 15123
Wilmington, DE 19850

(9106208)
(cr)   Chase
Nonpriority Creditor's Name
Card Services PO Box 6294
Number   Street
Carol Stream, IL 60197-6294

**Christopher McCarthy, Esq.**
Halloran & Sage, LLP
225 Asylum Street
Hartford, CT 06103

(9106235)
(cr)   Citizens Bank C/o MRS BOP. LLC
Nonpriority Creditor's Name
1930 Olney Avenue
Number   Street
Cherry Hill, NJ 06003

**Citizens Bank**
Attn: President
ROP 450
PO Box 7000
Providence, RI 02940

(9106212)
(cr)

**Cyhani Ventures, Inc.**
Donald E. Frechette, Esq.
Locke Lord LLP
20 Church Street, 20th Floor
Hartford, CT 06103

(9112734)
(cr)

**Cyhani Ventures, LLC**
c/o Donald E. Frechette
Locke Lord LLP
20 Church Street, 20th Floor
Hartford, CT 06103

(9106214)
(cr)

**HOC Holdings, LLC**
Attn: Jameel Madhani Director
424 Weldrick Road East
Richmond Hill
Ontario, Canada L4B2M5

(9106216)
(cr)

**Internal Revenue Service**
P.O. Box 7346
Philadelphia, PA 19101-7346

(9113727)
(cr)

**Joyce P. Mascena**
Town Clerk of Glastonbury
2155 Main Street
Glastonbury, CT 06033

(9106227)
(cr)

**Latonia C. Williams, Esq.**
Shipman & Goodwin
One Constitution Plaza
Hartford, CT 06103

(9106233)
(cr)

**LL Bean Visa Card Barclaycard**
Attn: President
PO Box 13337
Philadelphia, PA 19101

LL Bean Visa Card Barclaycard
(9106215   Phillips & Cohen Associates, Ltd.
(cr)   1002 Justison Street
Wilmington   DE   19801

**Mattress Firm Online Synchrony Financial**
Attn: President
PO Box 960061
Orlando, FL 32896

(9106221)
(cr)

**PayPal Credit**
Attn: President
PO Box 105658
Atlanta, GA 30348

(9106225)
(cr)

**Red Door Construction**
c/o Scott Brickey
PO Box 341
Simsbury, CT 06070

(9106206)
(cr)

**Santander**
Attn: President
PO Box 16255
Reading, PA 19612

(9106229)
(cr)

**Sevin, Francelia Marie**
53 Benton Street
Manchester, CT 06040

(9106230)
(cr)

**Stephen Sakonchick, II**
Stephen Sakonchick II, P.C.
6502 Canon Wren Drive
Austin, TX 78746

(9107551)
(cr)

**Superior Products Distributors, LLC**
c/o Charles Miller, Esq.
1403 Meriden-Wtby Road
Milldale, CT 06467

(9106222)
(cr)

**Synchrony Bank**
c/o PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541

(9106546)
(cr)

**Synchrony Bank Lumber Liquidator**
Encore Receivable Man, Inc.
Attn: President
PO Box 3330
Olathe, KS 66063

(9106231)
(cr)

**TD Bank**
Attn: President
Deposit Operation Dept
PO Box 1377
Lewiston, ME 937-2000

(9106232)
(cr)

**The Metropolitan District**
c/o John Steven Mirtle
555 Main Street
PO Box 800
Hartford, CT 06142

(9106223)
(cr)

**Town of Glastonbury**
Eric S. Goldstein, Esq.
Shipman & Goodwin LLP
One Constitution Plaza
Hartford, CT 06103-1919

(9110364)
(cr)

Eversource

onpriority Creditor's Name

PO Box 650032

umber       Street

Dallas, TX 75265-0032


Connecticut Natural Gas Corporation

Jonpriority Creditor's Name

PO Box 9245

Jumber       Street

Chelsea MA 02150-9245


Frontier Communications

npriority Creditor's Name

PO Box 740407

mber       Street

Cincinnati OH 45274-0407


Kohl's

onpriority Creditor's Name

PO Box 2983

umber       Street

Milwaukee, WI 53201-2983


TD Bank

priority Creditor's Name

PO Box 1377

iber       Street

Lewiston, Maine 04243-1377