**Fill in this information to identify your case:**

Debtor 1: John Alan Sakon
  First Name / Middle Name / Last Name

Debtor 2: _____
(Spouse, if filing) First Name / Middle Name / Last Name

United States Bankruptcy Court for the: District of Connecticut

Case number (if known): 19-21619

FILED
2019 OCT 10 P 2:03
CLERK, U.S. BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
HARTFORD

☑ Check if this is an amended filing

## Official Form 104

## For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims Against You and Are Not Insiders        12/15

If you are an individual filing for bankruptcy under Chapter 11, you must fill out this form. If you are filing under Chapter 7, Chapter 12, or Chapter 13, do not fill out this form. Do not include claims by anyone who is an *insider*. Insiders include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20 percent or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Also, do not include claims by secured creditors unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information.

**Part 1:    List the 20 Unsecured Claims in Order from Largest to Smallest. Do Not Include Claims by Insiders.**

Unsecured claim

**1**
Shipman & Goodwin
Creditor's Name
One Constitution Plaza
Number    Street

Hartford      CT    06103
City          State  ZIP Code

Latonia C. Williams Esq.
Contact

860-251-2000
Contact phone

What is the nature of the claim? Legal Fees          $ 140,479.43

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?
☑ No
☐ Yes. Total claim (secured and unsecured):    $_____
   Value of security:                         – $_____
   Unsecured claim                              $_____

**2**
A & F Main Street Associates, LLC
Creditor's Name
4 Main Street
Number    Street

East Hartford     CT    06118
City              State  ZIP Code

Loren Andreo Jr.
Contact

(860) 568-2460
Contact phone

What is the nature of the claim? Stipulation Lease Payments    $ 97,500.00

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☑ None of the above apply

Does the creditor have a lien on your property?
☑ No
☐ Yes. Total claim (secured and unsecured):    $_____
   Value of security:                         – $_____
   Unsecured claim                              $_____

Debtor 1  **John Alan Sakon**
         First Name    Middle Name    Last Name

Case number (if known) **19-21619**

**Unsecured claim**

**3** Bank of America, N.A.
Creditor's Name
PO Box 15102
Number    Street

Wilmington    DE    19886
City    State    ZIP Code

Attn: Bankruptcy Department
Contact

(888) 800-9412
Contact phone

What is the nature of the claim? Credit Card - 0294

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☒ None of the above apply

Does the creditor have a lien on your property?
☒ No
☐ Yes. Total claim (secured and unsecured):  $_____
     Value of security:   – $_____
     Unsecured claim     $_____

$ 71,540.23

[Updated]

**4** Bank of America, N.A.
Creditor's Name
PO Box 15102
Number    Street

Wilmington    DE    19886
City    State    ZIP Code

Attn: Bankruptcy Department
Contact

(888) 800-9412
Contact phone

What is the nature of the claim? Credit Card -2336

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☒ None of the above apply

Does the creditor have a lien on your property?
☒ No
☐ Yes. Total claim (secured and unsecured):  $_____
     Value of security:   – $_____
     Unsecured claim     $_____

$ 31,255.54

[Updated]

**5** Halloran & Sage, LLP
Creditor's Name
225 Asylum Street
Number    Street

Hartford    CT    06103
City    State    ZIP Code

Christopher McCarthy
Contact

(860) 522-6103
Contact phone

What is the nature of the claim? Attorney Fees Foreclosur

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☒ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?
☒ No
☐ Yes. Total claim (secured and unsecured):  $_____
     Value of security:   – $_____
     Unsecured claim     $_____

$ 27,205.50

**6** Chase Bank
Creditor's Name
Card Services
Number    Street
PO Box 6294

Carol Stream    IL    60197
City    State    ZIP Code

Customer Service
Contact

866-252-5777
Contact phone

What is the nature of the claim? Credit Card Debt

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☒ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?
☒ No
☐ Yes. Total claim (secured and unsecured):  $_____
     Value of security:   – $_____
     Unsecured claim     $_____

$ 26,368.05

[Updated]

**7** Mickelson, Jacobs and Bozek, LLC
Creditor's Name
c/o Berman, Mickelson Dembo & Jacobs, LLC
Number    Street
644 Farmington Avenue

West Hartford    CT    06105
City    State    ZIP Code

Sheryl Goldberg
Contact

(860) 561-5511
Contact phone

What is the nature of the claim? Services

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☒ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?
☐ No
☐ Yes. Total claim (secured and unsecured):  $_____
     Value of security:   – $_____
     Unsecured claim     $_____

$ 22,286.42

[Updated]

Debtor 1  **John Alan Sakon**
    First Name    Middle Name    Last Name

Case number (if known) **19-21619**

**Unsecured claim**

**8** Superior Products Distributors Inc.
Creditor's Name
1403 Meriden-Waterbury Road
Number    Street

Milldale    CT    06467
City    State    ZIP Code

Charles I. Miller Esq.
Contact
(860) 656-6454
Contact phone

What is the nature of the claim? **Goods and Services**

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☒ None of the above apply

Does the creditor have a lien on your property?
☐ No
☒ Yes. Total claim (secured and unsecured): $ 21,308.65
    Value of security: − $ 7,000,000.00
    Unsecured claim: $ 0.00

$ 21,308.65

**9** Red Door Construction
Creditor's Name
PO Box 341
Number    Street

Simsbury    CT    06070
City    State    ZIP Code

Scott Brickey
Contact
(860) 916-9852
Contact phone

What is the nature of the claim? **Construction**

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☒ None of the above apply

Does the creditor have a lien on your property?
☒ No
☐ Yes. Total claim (secured and unsecured): $
    Value of security: − $
    Unsecured claim: $

$ 16,530.00

**10** Santander
Creditor's Name
PO Box 16255
Number    Street

Reading    PA    19612
City    State    ZIP Code

Customer Service
Contact
(877) 768-2265
Contact phone

What is the nature of the claim? **Credit Account 5547**

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☒ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?
☒ No
☐ Yes. Total claim (secured and unsecured): $
    Value of security: − $
    Unsecured claim: $

$ 14,750.21

**11** Capital Bail Bond
Creditor's Name
Bulter Norris & Gold
Number    Street
254 Prospect Avenue

Hartford    CT    06106
City    State    ZIP Code

Jeremy Donnelly, Esq.
Contact
(860) 236-6951
Contact phone

What is the nature of the claim? **Services**

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☒ None of the above apply

Does the creditor have a lien on your property?
☒ No
☐ Yes. Total claim (secured and unsecured): $
    Value of security: − $
    Unsecured claim: $

$ 10,000.00

**12** Cabela's Club Visa
Creditor's Name
PO Box 82519
Number    Street

Lincoln    NE    68501
City    State    ZIP Code

Customer Service
Contact
(888) 402-7830
Contact phone

What is the nature of the claim? **Credit Card −8149**

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☒ None of the above apply

Does the creditor have a lien on your property?
☒ No
☐ Yes. Total claim (secured and unsecured): $
    Value of security: − $
    Unsecured claim: $

$ 7,198.43

Debtor 1 __John Alan Sakon__  Case number (if known) __19-21619__

**Unsecured claim**

**13. Citizens Bank**
Creditor's Name
MRS BOP, LLC
1930 Olney Avenue
Cherry Hill, NJ 06003
Attn: President MRS
(800) 773-7373

What is the nature of the claim? Credit Overdraft 9859    $ 4884.05

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☒ None of the above apply

[Updated]

Does the creditor have a lien on your property?
☒ No
☐ Yes. Total claim (secured and unsecured): $_____
  Value of security: − $_____
  Unsecured claim: $_____

**14. The Metropolitan District Comm.**
555 Main Street
PO Box 800
Hartford, CT 06142
JOHN STEVEN MIRTLE, Esq.
(860) 278-7850

What is the nature of the claim? Water and Sewer Charg    $ 5,313.18

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☒ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?
☒ No
☐ Yes. Total claim (secured and unsecured): $_____
  Value of security: − $_____
  Unsecured claim: $_____

**15. Francelia Sevin**
53 Benton Street
Manchester, CT 06040
Seth Conant Esq.
(860) 560-8160

What is the nature of the claim? Child Support    $ 4,686.00

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☒ None of the above apply

Does the creditor have a lien on your property?
☒ No
☐ Yes. Total claim (secured and unsecured): $_____
  Value of security: − $_____
  Unsecured claim: $_____

**16. Afford-A-Bail**
450 Church Street
Hartford, CT 06103
Wm. Munck
(860) 244-0373

What is the nature of the claim? Bail Bond    $ 4,645.00

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☒ None of the above apply

Does the creditor have a lien on your property?
☒ No
☐ Yes. Total claim (secured and unsecured): $_____
  Value of security: − $_____
  Unsecured claim: $_____

**17. LL Bean Visa Card Barclaycard**
Phillips & Cohen Associates, Ltd.
1002 Justison Street
Wilmington, DE 19801
Law Firm of Phillips & Cohen
866-504-1701

What is the nature of the claim? Credit Card 6530    $ 4,412.14

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☒ None of the above apply

[Updated]

Does the creditor have a lien on your property?
☒ No
☐ Yes. Total claim (secured and unsecured): $_____
  Value of security: − $_____
  Unsecured claim: $_____

Official Form 104    For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims    page 4

Debtor 1  **John Alan Sakon**
    First Name   Middle Name   Last Name

Case number (if known) **19-21619**

**Unsecured claim**

### 18

Creditor's Name: **PayPal Credit**
Number Street: **PO Box 105658**
City: **Atlanta**  State: **GA**  ZIP Code: **30348**
Contact: **Customer Service**
Contact phone: **(866) 528-3733**

What is the nature of the claim? **Credit Account 9772**

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☑ None of the above apply

Does the creditor have a lien on your property?
- ☑ No
- ☐ Yes. Total claim (secured and unsecured):   $_____
  Value of security:   − $_____
  Unsecured claim    $_____

$ **2,911.84**

### 19

Creditor's Name: **Best Buy Visa Card**
**Credit Control, LLC**
Number Street: **PO Box 31179**
City: **Tampa**  State: **FL**  ZIP Code: **33631-3179**
Contact: **Hays Roden Collection Supervisor**
Contact phone: **888-401-9028**

What is the nature of the claim? **Credit Card -8844**

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☑ None of the above apply    [Updated]

Does the creditor have a lien on your property?
- ☑ No
- ☐ Yes. Total claim (secured and unsecured):   $_____
  Value of security:   − $_____
  Unsecured claim    $_____

$ **1,699.15**

### 20

Creditor's Name: **Lumber Liquidators  Synchrony Bank**
**Midland Funding LLC**
**PO Box 2001**
City: **Warren**  State: **MI**  ZIP Code: **48090**
Contact: **Attn: President  .    Also**
Contact phone: **866-898-3974**

**Synchrony Bank**
**c/o PRA Receivables Management, LLC**
**P.O. Box 41021**
**Norfolk, VA 23541**

What is the nature of the claim? **Credit Card -9559**

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☑ None of the above apply    [Updated]

Does the creditor have a lien on your property?
- ☑ No
- ☐ Yes. Total claim (secured and unsecured):   $_____
  Value of security:   − $_____

$ **1,582.60**

---

**Part 2:  Sign Below**

Under penalty of perjury, I declare that the information provided in this form is true and correct.

X _(signed) John Sakon_   X _____
Signature of Debtor 1                Signature of Debtor 2

Date **10/10/2019**            Date _____
   MM / DD / YYYY                  MM / DD / YYYY