UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
HARTFORD DIVISION

In re:                                                                    Chapter 11

JOHN ALAN SAKON,                                            Case No. 19-21619 (JJT)

    Debtor.

### UNITED STATES TRUSTEE'S STATEMENT THAT UNSECURED CREDITORS' COMMITTEE HAS NOT BEEN APPOINTED

TO:   CLERK, UNITED STATES BANKRUPTCY COURT

William K. Harrington, United States Trustee for Region 2, through the undersigned counsel, states that, as of the date of this statement, a Committee of Unsecured Creditors has not been appointed by the United States Trustee for the reason(s) checked below:

( )   Debtors schedule reflect only __unsecured creditors.

(X)   No unsecured creditors responded to the United States Trustee's communication/contact for service on the committee.

( )   Insufficient response to the United States Trustee's communication/contact for Service on the committee.

( )   Non-operating debtor-in-possession; no creditor interest.

( )   Motion to convert to Chapter 7 or dismiss pending.

( )   Case converted or dismissed.

( )   Other.

Dated: New Haven, Connecticut            Respectfully submitted,
       October 21, 2019                  WILLIAM K. HARRINGTON
                                         UNITED STATES TRUSTEE FOR REGION 2

           By:                           /s/ Steven E. Mackey
                                         Steven E. Mackey/ct09932
                                         Trial Attorney
                                         Office of the United States Trustee
                                         Giaimo Federal Building
                                         150 Court Street, Room 302
                                         New Haven, CT 06510
                                         Tel. No. (203) 773-2210