**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| In Re:<br><br>John A. Sakon,<br><br>      Debtor. | Chapter 11<br><br>Case No. 19-21619 (JJT) |

**NOTICE OF TOWN OF GLASTONBURY'S MOTION**
**FOR RULE 2004 EXAMINATION OF THE DEBTOR**

TO THE DEBTOR AND ALL PARTIES IN INTEREST:

Take notice that the Town of Glastonbury ("Town") has filed, pursuant to Fed. R. Bankr. P. 2004 and Local Bankr. R. 2004-1(c), a Motion for Rule 2004 Examination of the Debtor (the "Motion"), pursuant to which the Town seeks an order authorizing the examination of John A. Sakon (the "Debtor") under Fed. R. Bankr. P. 2004 and issuance of a subpoena, substantially in the form as Exhibit A to the Motion, in accordance with Fed. R. Civ. P. 2004(c).

In accordance with Local Bankr. R. 2004-1(c), the deadline to object to the Motion is **October 31, 2019**. In the absence of a timely filed objection, the proposed order annexed to the Motion may enter without further notice and hearing.

Dated: October 24, 2019            Respectfully submitted,

                                          By:    /s/ Eric Goldstein
                                                     Eric Goldstein (ct 27195)
                                                     Shipman & Goodwin LLP
                                                     One Constitution Plaza
                                                     Hartford, CT 06103-1919
                                                     Tel. (860) 251-5000
                                                     Fax (860) 251-5218
                                                     egoldstein@goodwin.com
                                                     *Attorneys for the Town of Glastonbury*

## CERTIFICATE OF SERVICE

I hereby certify that on October 24, 2019, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF System. The foregoing was also served on October 24, 2019, by first class mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. In addition, the foregoing was served on October 24, 2019, to the Debtor by e-mail as well as first class mail as indicated below.

John Alan Sakon
82 Folly Brook Lane
Manchester, CT 06040
Email: johnsakon@yahoo.com

                                                                /s/ Eric Goldstein
                                                                Eric Goldstein