



Exhibit A (1/3)

Ground Lease between John Alan Sakon (Tenant) and A&F Main Street Associates (Formerly Mary Randazzo, Trustee – Landlord)
Page 1 of 2



| | |
|---|---|
| **DOCKET NO. 19-21619** | UNITED STATES <br> BANKRUPCY COURT |
| **RE: JOHN ALAN SAKON** | DISTRICT OF <br> CONNECTICUT <br> at Hartford |
| | **January 17, 2020** <br> January 27, 2020 |

## MOTION FOR EXTENSION OF TIME

## TO ACCEPT OF REJECT LEASE

The movant John Alan Sakon hereby files a motion to extend the time to accept or reject the Lease of A&F Main Street Associates, LLC for 90 days under 11 U.S. Code § 365(d)(4)(B)(i) for good cause shown.

1. **Procedural.** The Debtor filed this bankruptcy on September 19, 2019. A Temporary Stay of Proceedings was granted by the court on December 30, 2019 and was continued to January 31, 2020 for good cause shown. Therefore this motion is timely filed pursuant to 365(d)(4).

2. **Notice.** As a Pro Se, the Debtor does not have access to the Court electronic filing system.

3. **Summary.** The primary asset of the estate is a 13.55 acre parcel of commercial land located in Glastonbury, Connecticut referred to

1

locally as *The Shoppes at Avalon*. 10.1 acres is owned by the debtor in fee simple. 2.55 acres comprises a 98-year ground lease where A&F Main Street Associates, LLC is the landlord. The balance of the property comprises easements owned in fee by the debtor. A map of the property showing the ground lease and the fee simple parcels of land is attached hereto as Exhibit A.

The lease went into effect in 1999 and there are 78-years remaining on the lease. The debtor has already paid the landlord over $300,000 in rental payments. The leasehold interest, which is a free standing parcel, is valued by the debtor as having equity in excess of $1,000,000. The debtor is a former General Certified Appraiser.

The debtor has supplied the creditor's proof of a potential refinancing of all debts by KGAK Financial. However, the creditor Town of Glastonbury has actively sought to derail the refinancing with KGAK by claiming the debtor has no permits to construct improvements on the subject properties. The entire parcel of land was granted Special Permit approvals by the town of Glastonbury in 2010; 2012; 2013; 2014; 2015; 2016; 2017; and 2018. (The debtor did not have the opportunity to extend the Special Permits in 2019 due to five arrests by the town to which the debtor has prevailed). The debtor has claimed the Special Permit is still

2

valid as he has commenced substantial construction before the Special Permit expired which extends the Special Permit indefinitely. The creditor town of Glastonbury has now actively challenged the existence of the Special Permit, claiming they expired in 2019 (despite several hundred thousand dollars of construction by the debtor) and seeks a foreclosure sale on the property to the detriment of the other creditors. A hearing on validity of the current Special Permits before the Glastonbury Zoning Board of Appeals is set for February 3, 2020.

4. **Dip Loan**. The debtor is presently in negotiation for a DIP loan to administer the bankruptcy. Part of any DIP Loan would be to bring the ground lease current and make any monthly payments. The second purpose or the DIP Loan would be used to bring all Special Permits current so as to protect the value of the estate.

The creditor Cyhani Ventures, Inc. has a 1st mortgage on the fee simple properties comprising 10.1 acres. There is no leasehold mortgage or other encumbrance on the ground lease parcel.

The debtor needs to determine, in its plan of reorganization, to either assign the ground lease to a buyer, place a leasehold mortgage on the ground lease to finance the administration of the estate and bring the ground lease current, or to sell the ground lease back to the landlord.

3

Neither the debtor Town of Glastonbury or Cyhani Ventures Inc. have a collateral claim on the ground lease. Their liens are directed to the 10.1 acres of fee simple lands.

5. **Time.** Monies owed to A&F Main Street Associates, LLC is pre-petition. Post-Petition Rent for the ground lease is approximately $1,450 per month. Therefore, A&F is not unduly prejudiced by this motion.

For the above noted reasons, the pro se debtor seeks this extension of time for good cause shown.

By: *John Sakon*

John Alan Sakon, Pro Se
82 Folly Brook Lane
Manchester, CT 06040
Tel: (860) 675-4000
Fax: (860) 675-4600
Email: johnsakon@sakon.biz

4