# EXHIBIT 19
# To Affidavit of Eric S. Goldstein, ECF #98

**John Sakon**

| | |
|---|---|
| **From:** | Tony T <tony@kgak.fund> |
| **Sent:** | Wednesday, November 27, 2019 7:10 PM |
| **To:** | John Sakon |
| **Cc:** | Tony.r@kgakfinancialgroup.com; alan levine; Bryan Pereyo; David Marcantonio; Kate Scharf |
| **Subject:** | Re: Assignment of Appraisal |

John
Once I have a legal entity, a legal project with all permits in good standing, yes I would be willing to fund your project at the following rates:

 interest
REDACTED points
Close in REDACTED days after receipt of all of the above items mentioned in this email.

Have a Happy Thanksgiving

Tony
Fund Manager
Direct: 646 701 5372
Cell: 646-982-1088
Email: tony@kgak.fund
Website: www.kgakfinancialgroup.com
Conference Line: 646 457 4535


On Nov 24, 2019, at 10:53 PM, John Sakon <johnsakon@sakon.biz> wrote:

> <image002.jpg>
> <image003.jpg>
> ®
>
> November 24, 2019
>
> Dear Tony,
>
> As I noted before, I never was in timely receipt of your 10/2/2019 letter as claimed in your recent email.  Nor have you responded to my last email.
>
> Does KGAK intent to fund the Avalon loan even if the local community rules my zoning permits valid?

**KGAK CUSTOM FINANCIAL SOLUTIONS**

**OFFICES: CHICAGO, FLORIDA, COLORADO AND NORTH CAROLINA**

Subject Matter: Shoppes of Avalon

Mr. John Sakon,

This is to inform you, that we ourselves are committed to proceed with the funding of The Shoppes of Avalon in Glastonbury, Connecticut. Subject to only me receiving my underwriter's report. Our target date for closing is September 3rd 2019.

If you have any further questions please call me at my office,

Tony Ruggiero
CEO & Co-Founder
Direct: 646 701 5372
Conference Line: 646 457 4535

# *K.G.A.K. Financial Group, Inc.*

April 17, 2019

<u>VIA ELECTRONIC MAIL</u>

Re:     <u>Proposed Letter of Intent in the amount of</u> **REDACTED**

Dear Mr. Sakon ;

K.G.A.K. Financial Group, Inc. ("K.G.A.K.," and or its assignees) is pleased to submit the following Letter of Intent ("L.O.I."), which outlines the general terms and conditions under which "K.G.A.K." and or assignees would underwrite a Refinance loan as set forth herein (the "Loan"). This Letter of Intent is based upon preliminary information and application provided by Applicant(s). Lender has relied upon all the information provided by Applicant(s) as being true and correct in all respects. The Preliminary Terms and Conditions that are stated in this LOI are for discussion purposes only and do not represent a commitment to lend or the underwriting of a note. The proposed rates and terms are preliminary and subject to change per the completion of due diligence, the examination of all requested financial documentation.

This Letter of Intent expires at 5:00 pm Eastern Standard Time on April 23, 2019 unless acceptance is represented by the, countersigning of this document and returned along with the required Underwriting fees (as defined below).

These Preliminary Terms and Conditions are for discussion purposes only and not a commitment to lend or a firm underwriting of the Notes. This Letter of Intent is based upon preliminary information and application provided by Applicant(s). Lender has relied on all the information provided by Borrowing Entity/Applicant(s) as being true and correct in all respects. This Conditional Loan Approval shall be non-binding with the exception of the Due Diligence charges stated herein.

The following is a non-binding expression of interest issued by K.G.A.K. Financial Group, Inc. The Applicant(s) acknowledges and agrees that this expression of interest is not a commitment to lend, either expressed or implied, and does not impose any obligation on K.G.A.K. Financial Group, Inc. or its investors to issue a commitment or to make a mortgage on the preliminary terms stated herein or on any other terms. Any agreement to lend or to make a mortgage will be subject

Page 1 of 10                     JAS

Initials_____Initials_____Initials  Initials _

to receipt of approval from each of the proposed Lender's and their credit committees and Applicant(s) fulfillment of Lender's closing conditions.

| | |
|---|---|
| **Loan Amount**: | REDACTED |
| **Borrowing Entity**: | Sakon Development, LLC |
| **Applicant(s):** | **John A Sakon** (collectively the "Applicant(s)" |
| **Use of Proceeds**: | REDACTED |
| **Collateral:** | REDACTED |
| **Name of Project**: | REDACTED |
| **Interest Rate:** | REDACTED |
| **Loan Term**: | REDACTED |
| **LTV:** | REDACTED |
| **Interest Reserves:** | REDACTED |
| **Recourse:** | REDACTED |
| **Pre-Payment Penalty:** | REDACTED |
| **Closing Date:** | REDACTED |

Page 2 of 10

JAS
Initials_____Initials_____Initials Initials _

| | |
|---|---|
| **K.G.A.K. Origination Points:** | REDACTED |
| **Guarantee:** | REDACTED |
| **Default Interest:** | REDACTED |
| **Broker Fee:** | REDACTED |
| **Governing Law:** | REDACTED |
| **Arbitration in the Event of Dispute:** | REDACTED |

Page 3 of 10

JAS
Initials_____Initials_____Initials Initials

**REDACTED**

**Other terms and Conditions of the Loan:**

**REDACTED**



JAS
Initials_____Initials_____Initials Initials _

Offices: New York / Chicago / North Carolina / Colorado / FL
Phone 866-487-8883
Email: info@kgakfinancialgroup.com Website: www.kgakfinancialgroup.com



**REDACTED**

Page 5 of 10

JAS
Initials_____Initials_____Initials Initials_



**REDACTED**

Page 6 of 10     JAS
Initials_____Initials_____Initials  Initials

Offices: New York / Chicago / North Carolina / Colorado / FL
Phone 866-487-8883
Email: info@kgakfinancialgroup.com Website: www.kgakfinancialgroup.com



**REDACTED**

JAS
Initials_____Initials_____Initials  Initials

Offices: New York / Chicago / North Carolina / Colorado / FL
Phone 866-487-8883
Email: info@kgakfinancialgroup.com Website: www.kgakfinancialgroup.com

- 

Page 8 of 10

JAS
Initials_____Initials_____Initials Initials

Offices: New York / Chicago / North Carolina / Colorado / FL
Phone 866-487-8883
Email: info@kgakfinancialgroup.com Website: www.kgakfinancialgroup.com

- 

Additional documentation may be required during the Underwriting phase

If the terms and conditions outlined in this Letter of Intent are acceptable, please sign and return an executed copy of this Letter of Intent to "K.G.A.K.," along with the fee of USD $5,500.00 on or before 5:00 P.M. Eastern Time on April 27, 2019, at which time this Letter of Intent shall expire.

K.G.A.K. Financial Group, Inc. looks forward to working with the Applicant(s) on the proposed Transaction.

Very truly yours,

K.G.A.K. Financial Group, Inc.

Page 9 of 10     JAS
Initials_____Initials_____Initials Initials_

Offices: New York / Chicago / North Carolina / Colorado / FL
Phone 866-487-8883
Email: info@kgakfinancialgroup.com Website: www.kgakfinancialgroup.com

AGREED AND ACCEPTED:

SAKON DEVELOPMENT, LLC

By: _John Sakon_____     Date: 04/22/2019
John A Sakon
Title: __Manager_____

By: _John Sakon_____     Date: 04/22/2019
John A Sakon
Individual

John Sakon
Digitally signed by John Sakon
DN: cn=John Sakon, c=US, o=Sakon LLC, ou=Manager, email=johnsakon@sakon.biz
Reason: I am the author of this document
Date: 2019.04.22 17:33:37 -04'00'

Page 10 of 10

Initials_____Initials_____Initials  Initials_

Wire Instructions:

| | |
|---|---|
| Bank Name: | Bank of America |
| Account Name: | K.G.A.K. Financial Group, Inc. |
| ABA Bank Number: | 026009593 |
| Account Number: | **REDACTED** |

Page 11 of 10        JAS

Initials_____Initials_____Initials Initials _



## ABOUT K.G.A.K. FINANCIAL GROUP, INC.

     K.G.A.K. Financial Group a direct funding source for Commercial Real Estate projects. and respected firm is recognized as a leader with over 30 years' experience in commercial mortgage banking for loans from $500,000 to $100,000,000, larger amounts are on a case by case basis, thereby giving us the flexibility to think outside the box in order to make loans fit the borrower's requirements. K.G.A.K. provides financing to borrowers who are unable to obtain credit from traditional lending institutions.

The company was founded in 1989 by Anthony (Tony) Ruggiero. Tony's career started with Citi –Bank he also was with Chase Bank in the commercial lending division. After acquiring his knowledge of commercial lending and meeting with several high net worth individuals who offer him an opportunity to branch out on his own they offered him a $50,000,000 warehouse line ,to be used only for commercial lending.. K.G.A.K. has grown to 5 offices a $100,000.000.00 warehouse line offices in NY,CO NC,IL,FL, each office has an processor and underwriter

K.G.A.K.'s focus is on commercial hard money loans typically closing loans in 5 to 7 business days.

 K.G.A.K.'s services include origination of commercial mortgage loans, bridge financing, construction financing, and purchase financing and we pride ourselves on quick decisions and common-sense underwriting.

We finance nationwide on owner and non-owner-occupied properties, first trust deeds only secured by real estate only.

We lend on the following property types:

Non-owner-occupied single-family residences (investment properties only)
Industrial properties
Mixed-use
Multi-family and apartment buildings
Commercial properties
Cannabis properties with real estate

LTV: is 70% to 75% of the appraised Value on refinance project.

OFFICES: New York / CHICAGO / COLORADO / NORTH CAROLINA / FL
Website: www.kgakfinancialgroup.com

LTV on purchase 70 to 75% of the purchase agreement
LTC is 70% of the hard cost ( we do not finance soft or FF&E)

On Fix & Flip: 85% of the purchase price and 100% of the rehab cost.

For further information please go to our website www.kgakfinancialgroup.com


Our success has been speaking with the sponsor and their representative prior to issuing offer to fund ,or we invite the sponsor to meet us at our office .

Our goal is to get deals funded!!