# EXHIBIT 20
# To Affidavit of Eric S. Goldstein, ECF #98

# Conditional Loan Quote

Borrower Initials:_____

| | |
|---|---|
| **Borrowers:** | Avalon Shoppes LLC |
| | File #22126 |
| **Quote Date:** | 11/5/19 |
| **Loan Purpose:** | Investment |
| **Subject Property:** | 1st Trust Deed  Main Street and Griswold Street |
| | Glastonbury CT 06033 |

**Loan Dates:**
  Quote Expiration Date         11/6/19
  Funding/Closing Deadline      11/13/19

**SELECT & INITIAL LOAN PROGRAM BELOW:**

**2-Year Term & Loan Amount**
  Amortized Payment
    Fixed Interest Rate
    Lender Fee (% of Loan Amount)
    Amortization Period
    Amortization Payment

**REDACTED**

<_____ Borrower Initials

**Other Loan Terms:**
  **Prepayment Penalty (Fee):**
  Fees & Escrow Disbursements:
  Late Fee
  Grace Period
  Default Rate
  Junior Financing

**REDACTED**

**Lender Conditions/Approvals:**
  Digital photos (**Appraisal JPEG's**):
    Front yard, Rear yard, All interior rooms, kitchen and bathrooms
  Loan Application (Each Borrower)
  Credit Report
  New Appraisal: Desk Review
  Minimum **"AS IS"** Appraised Value:
  Preliminary Title Report
  Verification of current zoning and General Plan
  Signed borrower authorization
  Purchase contract and all addendu
  Rental agreement (if rented)

**Prepared/Obtained By:**
**REDACTED**

1                    Borrower  Initials:_____

# Conditional Loan Quote

| | | |
|---|---|---|
| **Borrowers:** | Avalon Shoppes LLC | |
| | File #22126 | |
| **Quote Date:** | 11/5/19 | |

| **Required Documents (Closing):** | | **Prepared/Obtained By:** |
|---|---|---|
| State Disclosures (Form 882) | | REDACTED |
| Executed Loan Quote | | |
| Escrow Instructions | x | |
| Promissory Note | | |
| Affidavit Regarding Loan Purpose | | |
| Agreement to Arrange Credit | | |
| Authorization to Provide Information | | |
| Copy of Driver's License (each Borrower) | | |
| Deed of Trust | | |
| Insurance Certificate | | |

**Escrow Disbursements:**
**Broker Points/Fees:**
Lender Fee (Underwriting)
Lender Fee (Loan Docs)
Lender Fee (Processing)
Lender Fee (Funding Fee)
Lender Fee (Wire)
Credit Report (Lender)
Property Inspection (Lender)
Escrow/Title

**Acceptance By Borrower**

By:_____    Date:_____

Print Name:_____

**Acceptance By Broker:**

Print Name:_ Zack Ali, JD   _____
By:_____ Titan Management Consulting LLC   _____    Date:_____
70 West 40th Street, 8th Floor
New York, NY 10018
Phone: (518) 530-2314

Lender

MTAG Capital
111 Coleman Blvd. Suite 400 Mount Pleasant, SC 29464

**John Sakon**

| | |
|---|---|
| **From:** | John Sakon <johnsakon@yahoo.com> |
| **Sent:** | Friday, November 8, 2019 2:46 PM |
| **To:** | Bryan Pereyo (bpereyo@salesantidote.com) |
| **Subject:** | FW: Term sheet |
| **Attachments:** | 22126 Loan Approval.pdf |

**From:** Zack Ali [mailto:zack@bustosassociates.com]
**Sent:** Wednesday, November 6, 2019 11:55 PM
**To:** John Sakon
**Subject:** Term sheet

I'm waiting on an answer from the 85% loan to cost construction lender.

Hello,

> Here is the land deal.  He wants a dip loan of 1.5 million. It appraises at 11 million. He can put you in first position with a bankruptcy court order.  He is open to borrowing more.
>
> Let me know what you can realistically do here before I request 1003.
>
> Zack
>
> Zack
>
> ---------- Forwarded message ----------
> From: **John Sakon** <johnsakon@sakon.biz>
> Date: Monday, November 4, 2019
> Subject: The Shoppes of Avalon
> To: Zack Ali <zack@bustosassociates.com>
>
> **Error! Filename not specified.**
>       **Error! Filename not specified.**®
>
> November 4, 2019
>
> Attorney Ali,
>
>       All material in the attached links and booklets is strictly confidential and may not be disclosed to outside parties without prior written authorization. Only authorized users may read the contents after agreeing to and signing a confidentiality agreement. No part of this booklet may be reproduced. Absent a signed confidentiality agreement, any party who opens the attached links

and reads the materials supplied has agreed to an implied confidentiality agreement as outlined below:

Whereas, Sakon LLC (" the Company") agrees to furnish certain authorized parties confidential information relating to the affairs of the Company for purposes of:

**The Shoppes at Avalon – Investment, Financing and/or Joint Venture**

Whereas, these authorized parties agree to review, examine, inspect or obtain such information only for the purposes described above, and to otherwise hold such information confidential pursuant to the terms of this agreement,

BE IT KNOWN, that the Company has or shall furnish to these authorized parties certain confidential information and may further allow potential investors and financial companies the right to inspect the business of the Company and/or interview employees or representatives of the company, all on the following conditions;

1. By opening the attached links and reviewing the information, the party agrees to be bound by this Confidentiality Agreement.

2. The parties agree to hold all confidential or proprietary information or trade secrets ("information") in trust and confidence and further agree that it shall be used only for the contemplated purpose, shall not be used for any other purpose or disclosed to any third party.

3. No copies will be made or retained of any written information supplied.

4 At the conclusion of our discussions, or upon demand by the Company, all information, including written notes, photographs, memoranda, or notes taken by you shall be returned to us.

5. This information shall not be disclosed to any employee, consultant, potential purchaser, or other third party unless they agree to execute and/or be bound by the terms of this agreement.

6. Any party agrees not to present or make any offer to do business with the parties and/or current lenders concerning the items noted above without doing so through the offices of the Company.

7. It is understood that any party shall have no obligation with respect to any information known by the party or generally known within the industry prior to the date of this agreement, or becomes common knowledge within the industry thereafter

8. The parties agree that breach of this agreement is irreparable harm and the Company may seek injunctive relief and damages thereto for any breach thereof.

> You are hereby authorized to share these documents with your in-house lender. Under no conditions may you release any of this information to any public source or advertise (Shop) this loan to potential lenders on any public platform.
>
> The following links provides the necessary information for your underwriting process.
>
> - The Shoppes at Avalon Development Summary
>   https://www.dropbox.com/s/iyskx7xj84h299j/2019%20Avalon%20Development%20Summary.pdf?dl=0
> - Website www.sakon.biz
> - The Shoppes at Avalon Appraisal
>   https://www.dropbox.com/s/xu0fod7bp5x5n60/CT.Glastonbury.Land.MainStGriswoldSt.FINAL.07.30.pdf?dl=0
>
> Cordially,
>
> John Sakon
> **SAKON LLC**

82 Folly Brook Lane
Manchester, CT 06040

(860) 675-4000
(860) 793-1000 (Cell)
(860) 675-4600 (Fax)

johnsakon@sakon.biz


--
Zack Ali, JD
Project Manager
The Law Office of Pablo Bustos, Esq.
70 West 40th St., 8th Floor
New York, NY 100018
Phone: (518) 530-2314



--
Zack Ali, JD
Project Manager

3

The Law Office of Pablo Bustos, Esq.
[70 West 40th St., 8th Floor](#)
[New York, NY](#) 100018
Phone: (518) 530-2314


--
Zack Ali, JD
Project Manager
The Law Office of Pablo Bustos, Esq.
[70 West 40th St., 8th Floor](#)
[New York, NY](#) 100018
Phone: (518) 530-2314



--
Zack Ali, JD
Project Manager
The Law Office of Pablo Bustos, Esq.
70 West 40th St., 8th Floor
New York, NY 100018
Phone: (518) 530-2314

4