**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| In re: | Chapter 11 |
| John Alan Sakon, | Case Number: 19-21619 |
| Debtor. | April 3, 2020 |

## CYHANI VENTURES, INC.'S STATEMENT IN SUPPORT OF TOWN OF GLASTONBURY'S MOTION TO CONVERT THE DEBTOR'S CASE TO A CASE UNDER CHAPTER 7 OR, IN THE ALTERNATIVE, TO DISMISS

NOW COMES Cyhani Ventures, Inc. ("**Cyhani**"), as a party in interest in the Chapter 11 case of John Alan Sakon ("**Debtor**"), by and through its undersigned counsel and, in support of The Town of Glastonbury's ("**Town**") motion to convert or, alternatively, dismiss ("*Motion*"), states as follows:

1. Debtor, John Sakon ("**Debtor**"), does not dispute that Cyhani is a secured creditor having a lien against certain of Debtor's properties sited in the town of Glastonbury.

2. Each of these properties is, by operation of law, subject to the priority lien of the Town for real property taxes due and owing.

3. As set forth in the *Motion*, Debtor has failed to pay real property taxes in connection with such properties to the Town in more than a decade.

4. As this Court is well aware, municipal tax liens within the state of Connecticut accrue interest at the rate of eighteen percent (18%) *per annum*.

5. The continued accrual of interest in connection with the Town's priority tax liens has, and continues to, diminish the value of Cyhani's security.

82702929v.1

6. Debtor has not, and is incapable of, making any effort to protect the interests of Cyhani through adequate protection measures.

WHEREFORE, Cyhani respectfully requests that this Court grant the *Motion* and enter an order (i) converting this case to one under Chapter 7 pursuant to 11 U.S.C. § 1112(b)(1) or, in the alternative, dismissing this case pursuant to 11 U.S.C. § 1112(b)(1); and (ii) granting such other and further relief as is just and necessary.

        Respectfully Submitted,

        CYHANI VENTURES, INC.

        */s/ Donald E. Frechette*
        Donald E. Frechette (ct08930)
        LOCKE LORD LLP
        20 Church Street, 20th Floor
        Hartford, CT 01603
        T: 860-541-7713
        F: 888-325-9086
        donald.frechette@lockelord.com

## CERTIFICATE OF SERVICE

I hereby certify that on April 3, 2020, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by electronic mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF System. The foregoing was also served on April 3, 2020 by first class mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. In addition, the foregoing was served on April 3, 2020, by email to the Debtor as indicated below.

John Alan Sakon
Email: johnsakon@yahoo.com

/s/ Donald E. Frechette
Donald E. Frechette

82702929v.1