```
           UNITED STATES BANKRUPTCY COURT
              DISTRICT OF CONNECTICUT
                   HOUSTON DIVISION
```

| | |
|---|---|
| In re: | § |
| | § |
| John Allan Sakon | § Case No. 19-21619 |
| | §          Chapter 7 |
|     Debtor | § |

_____

**Objection to Trustee's Notice of Abandonment (Doc 345)**
_____

To the Honorable Judge of Said Court:

    Stephen Sakonchick, II ("SS2"), a party in interest, objects to the Chapter 7 Trustee's intent to abandon any interest the bankruptcy estate has or may have in and to an Appeal presently pending in the State of Connecticut Court of Appeals entitled *John Alan Sakon Appellant/Plaintiff v. James N. Sakonchick et. al, Appellee/Defendant,* Appellate Case No. AC 43405 ("Appeal"), and the underlying case entitled John Alan Sakon v. James N. Sakonchick, Superior Court Case HHB CV 18 5023514 S ("Underlying Action"), and would show the Court:

    1.   SS2 is one of seven appellees in the Appeal, and, unfortunately, a sibling of Mr. Sakon.

    2.   As the Court has become aware through the proceedings in this bankruptcy case, Mr. Sakon is a litigious individual and his family is not exempt from being his target.  Mr. Sakon is not a lawyer and represents himself *pro se* in most of his litigation.

    3.   In the last 10 years, he unsuccessfully (a) attempted conservatorships of both his parents, (b) filed a probate

proceeding and superior court appeal of a terminated trust, (c) objected to multiple probate matters regarding his mother's estate, (d) untimely appealed the actions in these probate matters, and (e) a superior court action filed in an attempt to enforce a proposed agreement for which there was never a meeting of the minds. All of these actions are final and no longer subject to appeals (which were filed by Mr. Sakon).

4. Mr. Sakon filed the Underlying Action alleging the same matters resolved in the cases identified in (c), (d) and (e) above. SS2 filed a comprehensive motion to dismiss the Underlying Action outlining the previous litigation and the identical claims in the Underlying Action.

5. The superior court granted the motion to dismiss the Underling Action, in a memorandum opinion in November 2018, which also prohibits Mr. Sakon from filing any further action against his siblings or any other person regarding the matters of the Underlying Action without prior approval of the court. A true and correct copy of the court's memorandum opinion is attached as Exhibit A and the motion to dismiss is attached as Exhibit B, both of which are incorporated by reference herein.

6. The Chapter 7 Trustee has determined the claims subject to the Appeal, are burdensome and of inconsequential value to the estate.

7. As shown by the memorandum opinion and the motion to dismiss in the Underlying Action, both the Underlying Action and

the Appeal are frivolous.

8. SS2, supported by several other appellees in the Appeal, offer the estate a total of $1,000.00 to purchase the rights to the Appeal and underlying claim sought to be abandoned by the Chapter 7 trustee.

9. SS2 is unavailable for any telephonic hearing on November 9 and 10, 2020.

Wherefore, SS2 requests the court sustain this objection to the proposed abandonment, authorize the Chapter 7 trustee to accept the $1,000.00 offered by SS2, *et al.*, in satisfaction of the Appeal and underlying claim, and grant him such other and further relief to which he is entitled.

Respectfully submitted,

/s/ Stephen Sakonchick, II

_____
Stephen Sakonchick, II
State Bar No. 17525500
Stephen Sakonchick II, P.C.
6502 Canon Wren Drive
Austin, Texas  78746
(512) 329-0375
sakon@flash.net

CERTIFICATE OF SERVICE

I hereby certify that on October __, 2020, a true and correct copy of the above and foregoing was sent to the Debtor by email to johnsakon@yahoo.com and johnsakon@sakon.biz, and the Chapter 7 trustee and all parties receiving electronic notice via the Court's ECF System.

/s/ Stephen Sakonchick, II

_____
Stephen Sakonchick, II